# EXHIBIT 17

## Caiti Hall

**From:** ice-foia@dhs.gov
**Sent:** Tuesday, September 26, 2017 7:18 AM
**To:** Caiti Hall
**Subject:** ICE FOIA Request 2017-ICFO-45386

September 26, 2017

Caitilin Hall
Civil Rights Education and Enforcement Center (CRE
104 Broadway, Suite 400
Denver, CO

**RE:    ICE FOIA Case Number 2017-ICFO-45386**

Dear Ms. Hall:

This communique is acknowledgment of your additional requests (#2, email dated 9/19/2017, 12:12P.M.; #3, email dated 9/19/2017, 12:22P.M. and #4, email dated 9/19/2017, 12:27P.M.) for the Adelanto Detention Facility. We are continuing to process your first (original) request, (email dated  8/15/2017 at 6:41p.m.) which is  for **all documents** pertaining to ADELANTO DETENTION FACILITY AKA CENTER AKA PROCESSING CENTER, located at 10400 Rancho Road, Adelanto, CA 92301.

 For your information, we have queried the appropriate components of ICE for responsive records.  If any responsive records are located, they will be reviewed for determination of releasability.  We will process your requests as expeditiously as possible.  Upon completion of the processing, all documents that can be released will be made available to you at the earliest possible date.  We sincerely apologize for the delay you are experiencing and appreciate your continued patience.

Your request is still assigned reference number **2017-ICFO-45386**. Please refer to this identifier in any future correspondence. To check the status of an ICE FOIA/PA request, please visit http://www.dhs.gov/foia-status. Please note that to check the status of a request, you must enter the 2017-ICFO-XXXXX tracking number. You may contact this office at (866) 633-1182. Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
Telephone: 1-866-633-1182
Visit our FOIA website at www.ice.gov/foia