IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 18-cv-00302-RPM

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITES STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendants.

_____

ORDER SETTING FURTHER SCHEDULING CONFERENCE
_____

Pursuant to the August 15, 2018 scheduling conference, it is

ORDERED that a further scheduling conference is scheduled for **September 25, 2018 at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   August 15, 2018

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge