UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00302-RPM

**CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER**,

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY** and
**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,**

Defendants.

_____

**MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' DECLARATION REGARDING ICE FOIA OFFICE WORKLOAD AND RESOURCES**
_____

Plaintiff, by its attorneys of record, move this honorable Court for leave to file a response, not to exceed five pages, to the Declaration of ICE Officer Catrina Pavlik-Keenan Regarding ICE FOIA Office Workload and Resources (Doc. 25, filed 8/6/18) ("Declaration").

1. The Defendants, *sua sponte*, filed the five-page Declaration in advance of the original Scheduling Conference in this matter to address the issues joined by the parties' diverse positions on a schedule for production of documents which the federal Freedom of Information Act requires be produced or withheld pursuant to identified objections within twenty business days of a request, which in the case of most of the requests at issue expired approximately one year ago.

2. In the Declaration, the Defendants seek to support extraordinary relief from the response and production obligations created by the Freedom of Information Act.

3. In fairness, the Plaintiff should be permitted to submit a brief response to the Declaration, not to exceed five pages in length, to inform this Court's decision on an appropriate production schedule.

4. The submission of the proposed response will not delay this matter, will not unduly burden the parties or the Court, and would serve the ends of justice.

5. The undersigned has conferred with Mark S. Pestal, Esq., counsel for Defendants, and is authorized to advise the Court that the Defendants do not oppose this motion.

Dated: September 17, 2018.

             Respectfully submitted,


             *s/Thomas B. Kelley*
             Thomas B. Kelley
             Colo. Atty. Reg. No. 1971
             Amber R. Gonzales
             Colo. Atty. Reg. No. 49993
             BALLARD SPAHR, LLP
             1225 Seventeenth Street, Suite 2300
             Denver, Colorado 80202
             Telephone: (303) 292-2400
             Facsimile:  (303) 296-3956
             kelleyt@ballardspahr.com
             gonzalesa@ballardspahr.com


             Timothy P. Fox
             Colo. Atty. Reg. No. 25889
             Elizabeth B. Jordan
             N.Y. Atty. Reg. No. 5516422
             La. Bar Roll No. 35186
             CIVIL RIGHTS EDUCATION AND
             ENFORCEMENT CENTER
             104 Broadway, Suite 400
             Denver, Colorado 80203
             tfox@creeclaw.org
             ejordan@creeclaw.org

             *Attorneys for Plaintiff,*
             *Civil Rights Education and Enforcement Center*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of September 2018, I served a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' DECLARATION REGARDING ICE FOIA OFFICE WORKLOAD AND RESOURCES** by filing same with the Court's CM/ECF filing system, which will send notification to the following:

  Mark S. Pestal, Esq.   mark.pestal@usdoj.gov
  Assistant U.S. Attorney
  Office of the United States Attorney
  1801 California, Suite 1600
  Denver, CO  80202

           *s/ Darlene Dethlefs*

4