IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 18-cv-00302-RPM

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,

    Plaintiff,
v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITES STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendants.
_____

ORDER GRANTING MOTION TO FILE RESPONSE TO DECLARATION
_____

    Upon review of Plaintiff's Motion for Leave to File Response to Defendants' Declaration Regarding ICE FOIA Office Workload and Resources [Doc. 29], it is

    ORDERED that the motion is granted and Plaintiff's Response [Doc. 30] is accepted for filing.

    DATED:   September 18, 2018

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge