IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                October 26, 2018
Courtroom Deputy:    Robert R. Keech
FTR Technician:      Kathy Terasaki

---

Civil Action No. 18-cv-00302-RPM          Counsel:

CIVIL RIGHTS EDUCATION AND                Thomas B. Kelley
ENFORCEMENT CENTER,                       Amber R. Gonzales
                                          Elizabeth B. Jordan
        Plaintiff,

v.

UNITED STATES DEPARTMENT OF               Mark S. Pestal
HOMELAND SECURITY, and
UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

        Defendants.

---

## COURTROOM MINUTES

**STATUS CONFERENCE**

**9:38 a.m.**   **Court in session.**

Court calls case.

Counsel indicates that progress has been made in the production of documents and search terms. Counsel informs the Court that additional work needs to be done and requests another status conference.

**ORDERED:** A status conference is set for **Friday, December 7, 2018, at 10:00 a.m., in Courtroom A, Byron White Courthouse, 1823 Stout Street, Denver, Colorado.**

**9:47 a.m.**   **Court in recess.**
**Hearing concluded.  Total time:  9 minutes.**