IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 18-cv-00302-RPM

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITES STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendants.
_____

ORDER ON MOTION FOR CLARIFICATION (DOC.38)
_____

On December 12, 2018, the Plaintiff filed a document titled Unopposed Motion for Clarification of Court's Directions at December 7, 2018 Scheduling Conference and submitted a proposed Order Regarding Production Schedule setting forth the categories of documents which the Plaintiff asks to be prioritized. The Court expects that to be a part of the proposed production schedule agreed to by the parties, the time for which has now been extended to and including January 9, 2019.

    SO ORDERED.

    DATED:   December 21, 2018

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____
                                     Richard P. Matsch, Senior Judge