# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                February 15, 2019
Courtroom Deputy:   Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 18-cv-00302-RPM        Counsel:

CIVIL RIGHTS EDUCATION AND          Thomas Kelley
ENFORCEMENT CENTER,                  Amber Gonzales
                                                     Elizabeth Jordan
      Plaintiff,

v.

UNITED STATES DEPARTMENT OF         Mark Pestal
HOMELAND SECURITY, and
UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Defendants.

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE**

**9:58 a.m.**      **Court in session.**

Court has reviewed the Joint Status Report and Proposed Production Schedule (Doc. No. 46).

Mr. Pestal advises that pre-cleared documents have been released. Ms. Jordan advises that almost no ICE documents are publicly available.

Discussion regarding an ongoing case before Judge Kane, Menocal et al v. The GEO Group, Inc. Both sides will reach out to counsel in the Menocal case regarding production of documents in their case.

Court wonders whether Aurora has discretion to implement policies and procedures or whether there are national policies and standard operating procedures. Mr. Pestal will inquire of Ms. Rose.

Discussion regarding whether the computer program can provide a list of documents in a data set and whether search terms may be used.

Plaintiff is investigating whether the Aurora facility complies with ADA as to the architecture of the building and disability accommodations and also the in-house medical staff to detainee ratio.

Plaintiff states its three priorities regarding document production: ICE Directive, Detainee Death Reviews, and Policy and Procedure documents.

**ORDERED:**   Defendants shall produce the three categories of documents in 60 days or explain why they are unable to do so.

Court suggests counsel obtain an audio CD of this hearing to give to Ms. Rose.

**ORDERED:**   A Status Conference is set for **April 26, 2019 at 10:00 a.m.** in the Conference Room.

**10:25 a.m.     Court in recess.**
**Hearing concluded.  Total time:   27 minutes.**