# EXHIBIT 2

# Tom Kelley

| | |
|---|---|
| **From:** | Elizabeth Jordan <ejordan@creeclaw.org> |
| **Sent:** | Friday, March 22, 2019 5:24 PM |
| **To:** | Rose, Anne; Pestal, Mark (USACO); jimenezc@ballardspahr.com; Tom Kelley; agonzales@armstrongteasdale.com |
| **Subject:** | RE: CREEC Meeting |

Hi Anne,

Good talking today. Here are the hits from the list below that I would like to request ICE FOIA go ahead and start processing:

"mortality review"-32
"videophones"-1
"sign language interpreter"-16
"mental health policy"-3
"suicide protocol"-1
"mental health staffing"-11

Here are a few additional terms I'd like to request be added in the policy and procedures category:

Suicide
Deaf
Mental health
Segregation
Isolation

I am going to defer to you on the Boolean "or" and "and" search chains.

Finally, in order to cover all bases, here is the directive on detainee deaths
https://www.ice.gov/doclib/dro/pdf/notification_and_reporting_of_detainee_deaths.pdf
As you can see, there are a few other offices involved beyond OPR.

Please let me know if you need anything further. Have a nice weekend.
Best,
Liz.

**From:** Rose, Anne <Anne.Rose@ice.dhs.gov>
**Sent:** Wednesday, March 20, 2019 3:42 PM
**To:** Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>; jimenezc@ballardspahr.com; Elizabeth Jordan <ejordan@creeclaw.org>; tkelley@kln-law.com; agonzales@armstrongteasdale.com
**Subject:** RE: CREEC Meeting

Good afternoon,

I wanted to provide another update. The ICE Directive that you requested has been processed by ICE FOIA and has been sent for clearance so that it can be produced. I will email it to you all once approval has been given, which hopefully will be within the next week. Also, ICE FOIA ran the Relativity Search Terms Report to determine how many documents came back per search term that you provided. The report does not give a page count, but only a document count. The

documents would then need to be run in FOIA Xpress per search term to get an accurate page count. Here is the summary as follows:

Detainee Death Reviews
"significant injury"-0
"permanent injury"-1
"injury"-185
"mortality review"-32
"medical intervention"-5
"Vicente Caceres Maradiaga"-0
"Vicente Caceres-Maradiaga"-0
"Kamyar Samimi"-0

Policy and Procedure documents
"disability accommodation policy" or "policies"-0
"detainees with disabilities policy" or "policy"-0
"videophones"-1
"TTY machine"-0
"TTD machine"-0
"communications for deaf detainee"-0
"accommodations for communication-impaired detainee"-0
"sign language interpreter"-16
"mental health policy"-3
"mental health handbook"
"mental health protocol"-0
"suicide protocol"-1
"segregation protocol"-0
"isolation protocol"-0
"mental health staffing"-11

ICE FOIA also searched "policy" and "policies" just to see how many times those terms would hit, since that is a large topic that you are interested in. "Policies" hit to 242 documents and "policy" hit to 1,635 documents.

ICE FOIA ran the searches with the search terms as you provided them above to see what came back, but just so you are aware for example a search of "significant injury", will only hit to documents that have both words in the document. To search for any document that has either "significant" or "injury" a search for both separate terms would need to be run.

So, I wanted to reach out to see what the next steps should be. We can also discuss this on Friday if we are still on for a call. What I propose is that ICE FOIA put the documents that hit under the terms under detainee death reviews into FOIA Xpress to get an accurate page count and potentially flag those as the next documents to be processed if that is what you wanted priority wise. The other option is to pull the documents that hit on "policy" and "policies" and place those into to FOIA Xpress and see what that page count is and either further narrow with additional search terms, if it is still very voluminous or process those next if not. There is also the option of splitting up the search terms you provided (i.e. running "significant" or "injury" instead of "significant injury" for example) in some way that makes sense to see what hits. I think it may make more sense to deal with what is included in what has already hit, rather than run additional searches at this point. "Policy and "policies" for example may have pulled everything that didn't hit with the more specific terms under policy and procedure documents for instance. So to know what that page count is and what is included in those documents may be better, but I leave that up to you.

Just let me know. Thanks.

2

Anne M. Rose
Associate Legal Advisor
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Office: (202) 732-5013
Cell: (202) 573-0154

\*\*\*WARNING\*\*\*ATTORNEY/CLIENT PRIVILEGE\*\*\*ATTORNEY WORK PRODUCT\*\*\*
This document may contain confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC § 552(b)(5), (b)(7).

**From:** Rose, Anne
**Sent:** Tuesday, March 12, 2019 11:08 AM
**To:** Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>; jimenezc@ballardspahr.com; ejordan@creeclaw.org; tkelley@kln-law.com; agonzales@armstrongteasdale.com
**Subject:** RE: CREEC Meeting

Good morning,

Just an update on the search in Relativity using the below terms. The search produced approximately 22,000 pages, which is a significant decrease from the 60,000 total pages that are associated with this case. However, it is still a large amount of pages. I have requested that ICE FOIA provide a printout to outline how many hits came back for each search term. I believe such a report can be generated from Relativity, but I am not 100% sure. If such a report can be generated, it will at least outline which particular search terms came back with numerous hits, and may assist in further narrowing the terms if necessary. I will keep you posted.

Thanks.

Anne M. Rose
Associate Legal Advisor
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Office: (202) 732-5013
Cell: (202) 573-0154

\*\*\*WARNING\*\*\*ATTORNEY/CLIENT PRIVILEGE\*\*\*ATTORNEY WORK PRODUCT\*\*\*
This document may contain confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC § 552(b)(5), (b)(7).

**From:** Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>
**Sent:** Friday, March 8, 2019 2:06 PM
**To:** Rose, Anne <Anne.Rose@ice.dhs.gov>
**Subject:** FW: CREEC Meeting

FYI – just received these.

**From:** Elizabeth Jordan <ejordan@creeclaw.org>
**Sent:** Friday, March 08, 2019 11:56 AM
**To:** Pestal, Mark (USACO) <MPestal@usa.doj.gov>
**Cc:** Tom Kelley <tkelley@kln-law.com>; Jimenez, Chad P. <jimenezc@ballardspahr.com>; agonzales@armstrongteasdale.com
**Subject:** RE: CREEC Meeting

Mark,

Here's a list of search terms organized by the three categories identified in Judge Matsch's order. Please note that I have added Amber's new email address.

ICE Directive
"Assessment and Accommodations for Detainees with Disabilities"
"Disability Directive"

Detainee Death Reviews (several of these are repeats from the list Tom sent back in October, less the documents that were produced in the most recent production plus the specific name of the detainee who died in Aurora in Dec. 2017)
"death"
"significant injury"
"permanent injury"
"injury"
"mortality review"
"medical intervention"
"Vicente Caceres Maradiaga"
"Vicente Caceres-Maradiaga"
"Kamyar Samimi"

Policy and Procedure documents
"disability accommodation policy" or "policies"
"detainees with disabilities policy" or "policy"
"videophones"
"TTY machine"
"TTD machine"
"communications for deaf detainee"
"accommodations for communication-impaired detainee"
"sign language interpreter"
"mental health policy"
"mental health handbook"
"mental health protocol"
"suicide protocol"

4

"segregation protocol"
"isolation protocol"
"mental health staffing"


**From:** Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>
**Sent:** Friday, March 1, 2019 10:50 AM
**To:** Elizabeth Jordan <ejordan@creeclaw.org>
**Cc:** Tom Kelley <tkelley@kln-law.com>; Jimenez, Chad P. <jimenezc@ballardspahr.com>
**Subject:** RE: CREEC Meeting

Thanks Liz. Let's pencil in 1:30 MST for March 8th.

I'll check with Anne on the other requests. As I mentioned at the last status conference, if, when the search for CREEC's FOIA requests was conducted, the documents you reference did not exist, they will not be in the 60k-page dataset.

As to specific search term requests, we'll need to get a complete set created, and task ICE FOIA to run the searches in Relativity. The dataset is not stored in Relativity and must be loaded each time. That makes just doing a random search problematic (e.g., for specific death reviews and policies).

Let me know if you have any questions in the meantime.

Thanks, Mark

**From:** Elizabeth Jordan <ejordan@creeclaw.org>
**Sent:** Friday, March 01, 2019 10:34 AM
**To:** Pestal, Mark (USACO) <MPestal@usa.doj.gov>
**Cc:** Tom Kelley <tkelley@kln-law.com>; Jimenez, Chad P. <jimenezc@ballardspahr.com>
**Subject:** RE: CREEC Meeting

Hi Mark,

Thanks for your email. I am adding Chad Jimenez to the chain, who is an associate at Ballard who will be pitching in, particularly while Tom is away. I have a call at 12:30 on the 8th but am otherwise open. I like your idea of calendaring a few calls when we talk.

My question, which I put in the email to Anne prior to our last status conference, regarding the death reviews of Vicente Caceres Maradiaga (who died at Adelanto in May 2017) and Kamyar Samimi (who died at Aurora in December 2017) remains unanswered. Their names are the search terms I would propose (Mr. Caceres Maradiaga's name was sent over as a search term back in October) for that category of documents. I'd like to ask that our first order of business on the phone call is an update from ICE as to whether they have these two documents, since they are two discrete documents that should be easy to locate that I have now been asking about for months. The disability directive, "Assessment and Accommodations for Detainees with Disabilities," should be a search term and I'd also like an update on that document.

I will work on terms for the policies and practices, which should be the third category, and circulate those prior to our call.

Thanks
Liz.

5

**From:** Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>
**Sent:** Thursday, February 28, 2019 11:52 AM
**To:** Elizabeth Jordan <ejordan@creeclaw.org>
**Cc:** Tom Kelley <tkelley@kln-law.com>
**Subject:** CREEC Meeting

Hi Liz,

I spoke with Anne today, and we reviewed some field data regarding the documents in the data set. We're not sure at this point whether it would benefit the search process at this point to get at the documents you are most interested in.

To get going on the process outlined in the Status Conference, we'd like to schedule a meeting March 8th, which Anne and I have open. We would need to finish by 4 p.m. MST. March 6th may be an option but, since talking with her this morning, I may need to be out of the office, at least part of the day. If March 8th doesn't work, please give me some alternative dates.

One thing we should also do on the call is to set a few other follow-up meetings, so we can avoid everyone's schedule getting booked up and meeting dates pushed out.

Also, as discussed at the conference (which Anne will have a recording of shortly), we can focus on the 3 priority categories you outlined. To that end, can you propose some search terms you would like to use for each of the categories? We can then discuss those at the meeting, and Anne may have some suggested edits and some terms to propose herself to help out.

Let me know if you have any other items to discuss as well.

Thanks, Mark



**Mark S. Pestal**
Assistant U.S. Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0101
Mark.Pestal@usdoj.gov