# EXHIBIT 3

## Tom Kelley

| | |
|---|---|
| From: | Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov> |
| Sent: | Wednesday, April 24, 2019 11:49 AM |
| To: | Tom Kelley; Rose, Anne; Elizabeth Jordan; jimenezc@ballardspahr.com; agonzales@armstrongteasdale.com |
| Subject: | RE: CREEC Meeting |

Hi Tom,

I wanted to provide clarification regarding any death investigations that were not completed before the initial searches were completed. Documents connected with those investigations that were not completed are not technically withheld based on a FOIA exemption. Documents contained in a pending investigation are not responsive to the initial search that requested completed death reviews. So, to be clear, pending death investigations have not been withheld pursuant to an exemption.

Thanks, Mark

**From:** Tom Kelley <tkelley@kln-law.com>
**Sent:** Wednesday, April 03, 2019 4:16 PM
**To:** Rose, Anne <Anne.Rose@ice.dhs.gov>; Elizabeth Jordan <ejordan@creeclaw.org>; Pestal, Mark (USACO) <MPestal@usa.doj.gov>; jimenezc@ballardspahr.com; agonzales@armstrongteasdale.com
**Subject:** RE: CREEC Meeting

Dear Ms. Rose,

The plaintiff respectfully disagrees with the second paragraph of your email of March 25, 2019, sent at 7:09 MTD, to the extent you are suggesting that you may respond to records of "investigations [that are still open} at the time of the search" by silently withholding the document.

Plaintiff's position is that the defendants must identify any document withheld and advise of any claim of exemption. We note that defendants have claimed exemptions with respect to a number of documents already produced, but have claimed no FOIA exemptions with respect to death reviews, on the basis that they are incomplete or otherwise. If the claim is that any death reviews are being withheld on the basis that the record is not yet complete, we ask you to promptly advise of that claim by identifying the withheld document and citing the statutory basis, as required by 15 USC 552(a)(6)(A)&(F). Of course, if the repository containing such requested records claimed to be incomplete has not been searched, the search was not reasonable.

For the requested death reviews of Mr. Kamyar Samini, to the extent they were not complete at the time of any of your searches but have since been completed, we note that the plaintiff has made a subsequent request for these documents which is now ripe for joinder in this litigation (request no. 2019-ICFO 31521 filed March 1, 2019). On information and belief, the investigation of that death is complete and has been so for at least a matter of months. I hope and trust you will agree to produce the completed reviews rather than standing on a claim of exemption that is now moot.

As always, we appreciate your sincere attention to our concerns.

Tom Kelley

1

**From:** Rose, Anne <Anne.Rose@ice.dhs.gov>
**Sent:** Friday, March 22, 2019 10:34 AM
**To:** Elizabeth Jordan <ejordan@creeclaw.org>; Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>; jimenezc@ballardspahr.com; Tom Kelley <tkelley@kln-law.com>; agonzales@armstrongteasdale.com
**Subject:** RE: CREEC Meeting

Good afternoon,

Pursuant to our conversation, I have sent the two below names to OPR. OPR did conduct a search, which is why you received some death review documents on other detainees. I did not think of this on the call, but to the extent that these investigations were still open at the time of the search, those documents would have been withheld as part of an open and pending investigation. So that does not mean that the search was not reasonable, it means that any of the documents related to the death investigation would not have been produced because the investigation was still open. It could be that the investigations are now closed and so documents can be released, but that would be beyond the scope of the requests in this matter. I will keep you posted.

Thanks.

**From:** Elizabeth Jordan <ejordan@creeclaw.org>
**Sent:** Thursday, March 21, 2019 4:57 PM
**To:** Rose, Anne <Anne.Rose@ice.dhs.gov>; Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>; jimenezc@ballardspahr.com; tkelley@kln-law.com; agonzales@armstrongteasdale.com
**Subject:** RE: CREEC Meeting

That's great, thank you!

**From:** Rose, Anne <Anne.Rose@ice.dhs.gov>
**Sent:** Thursday, March 21, 2019 2:53 PM
**To:** Elizabeth Jordan <ejordan@creeclaw.org>; Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov>; jimenezc@ballardspahr.com; tkelley@kln-law.com; agonzales@armstrongteasdale.com
**Subject:** RE: CREEC Meeting

Sounds good. Just an FYI, the Directive was cleared for production today. Here is a copy of it. A copy will also be mailed to you with a formal letter once ICE FOIA drafts it, but I wanted you to have it as soon as possible. Talk to you all tomorrow.


Anne M. Rose
Associate Legal Advisor
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Office: (202) 732-5013
Cell: (202) 573-0154

***WARNING***ATTORNEY/CLIENT PRIVILEGE***ATTORNEY WORK PRODUCT***
This document may contain confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended