# EXHIBIT 4

# Tom Kelley

| | |
|---|---|
| **From:** | Pestal, Mark (USACO) <Mark.Pestal@usdoj.gov> |
| **Sent:** | Thursday, April 25, 2019 10:35 AM |
| **To:** | Tom Kelley |
| **Cc:** | Elizabeth Jordan; Jimenez, Chad P.; Gonzales, Amber R.; Rose, Anne; Brenton, Kyle (USACO) |
| **Subject:** | RE: CREEC v. ICE STATUS |

Tom,

Here's a further update on the status of the processing of CREEC's requests.

1. In response to Liz providing (on March 22nd) additional search terms to be run (suicide, deaf, mental health, segregation, isolation), ICE FOIA has completed the searches in Relativity. They used the following search criteria:

    Suicide or policy or policies or directive or directives or procedure or procedures
    Deaf or policy or policies or directive or directives or procedure or procedures
    Mental health or policy or policies or directive or directives or procedure or procedures
    Segregation or policy or policies or directive or directives or procedure or procedures
    Isolation or policy or policies or directive or directives or procedure or procedures

This search produced 9,649 images in Relativity. Relativity does not give an exact page count but FOIA Xpress does. However, usually images from Relativity pretty closely correspond to pages, but not always.

At this point, Plaintiff needs to decide what priority to give this second search. If it wants more complicated searches to be run, ICE FOIA can do that. Plaintiff just needs to provide the more refined search terms. If it wants all of the records, the records can be processed after the current processing of the 2,336 pages from the other search (of which 528 pages have been produced on April 22nd and another 500 scheduled for May), or priority can be given to the second search (whether it is refined or not).

2. Death reviews. We have requested that OPR provide the completed death review for Kamyar Samini. We do not know how many pages are contained in the report at this point. Once we get the count, we can advise you and have Plaintiff decide on whether it wants to give priority to the production of that report over the other two pending searches.

3. As for the death review for Vincente Maradiaga, we are checking to see if it has been completed.

If you and/or CREEC would like to schedule another meeting to discuss the current requests after the status conference tomorrow, just let me know, and we can do that.

Thanks, Mark


**From:** Pestal, Mark (USACO)
**Sent:** Wednesday, April 24, 2019 4:55 PM
**To:** 'Tom Kelley' <tkelley@kln-law.com>
**Cc:** Elizabeth Jordan <ejordan@creeclaw.org>; Jimenez, Chad P. <jimenezc@ballardspahr.com>; Gonzales, Amber R.