**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00302-JLK

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and,
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY (ECF NO. 55)**

---

THE COURT, having reviewed Plaintiff's Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion for Sanctions and Order to Produce Documents (ECF No. 51), and being sufficiently advised of the premises, hereby GRANTS the Motion.

Plaintiff has up to and including July 5, 2019 to file its Reply.

Dated this 25th day of June, 2019.

 

_____
John L. Kane
Senior U.S. District Court Judge