**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00302-JLK

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and,
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendants.

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

The Plaintiff, by its attorneys of record, files this Motion for Leave to File Second Amended Complaint. As grounds for this motion, Plaintiff states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1, Plaintiff's counsel has conferred with Kyle Brenton, Esq., counsel for the Defendants, regarding the relief requested in this Motion. Counsel advised that the Defendants "will oppose the motion as amend. As we stated in our response to Plaintiff's motion for sanctions, the Sammimi [sic] and Maradiaga death reviews will be included in the June production. The original contract documents will also be included in the production in this litigation. The documents related to the April 2019 facility modification address events occurring well after the initial requests in this case, and Defendants oppose folding that request and those issues into this already long-running litigation."

1

## INTRODUCTION

2.      This action was filed in February of 2018, and is still awaiting completion of the government's response to the Plaintiff's requests made pursuant to the federal Freedom of Information Act, 5 U.S.C. 552, for which Congress has mandated complete responses in no less than 30-business-days from the time of the request. Based on the progress to date, it is apparent that completion of the response process, which must occur before this case may proceed to its adjudication phase, will yet require better than a year to complete.

3.      In negotiations with the Defendants, Plaintiff has been advised that Defendants will not produce documents that were incomplete or not yet in existence at time of the Defendants' initial search in response to the Plaintiff's requests already at issue in this case. This position is material to two categories of Plaintiff's requests: 1) records of investigations of the deaths of immigrant detainees Kamyar Samimi at the Aurora facility and Vicente Caceres Maradiaga at the Adelanto facility; and 2) amendments and additions to the contracts between Defendants and GEO Group for operation of the Aurora facility. *See* proposed Second Amended Complaint at ¶¶ 95-105 and Exhibits 63 and 65. All such records are within the category descriptions in requests already at issue herein, even if not blessed as "complete" at the time of the request.

4.      On March 1 and April 19, 2019, Plaintiff made formal requests for these records missing from or constituting material updates to records previously requested and each such request is now ripe for inclusion in this litigation. *Id.*

5.      The inclusion of these supplemental requests in this matter will not significantly delay the government's full compliance with the FOIA requirements for search, production,

and/or claims of exemption as needed for the Court to proceed to the adjudication phase, but will serve the interests of justice and judicial economy, while requiring bifurcation of these subjects into separate litigation would serve neither.

6.     Defendants have produced significant portions of the Maradiaga and Samimi Death Reviews but the records provided do not include supporting documents properly deemed part of the investigation report. The FOIA requests sought to be added to this case by the proposed Second Amended Complaint contain an expanded description of the death review investigative records designed to make sure the full Death Reviews are provided. Thus, the inclusion of these new requests is necessary to properly resolve matters that remain in issue.

7.     As to the contract documents for the Aurora facility, it is true that they pertain to an expansion of that facility that was constructed after the requests already involved in this case. But they pertain to the same descriptions of records and will involve the same issues of claimed exemptions. Excluding these records from the instant case and requiring a new case to be filed will delay their production for at least a year, as occurred with the original requests for contract documents in this case. Inclusion of this supplemental request pertaining to the same subject matter as those remaining at issue will expedite conclusion of the subject matter, not impose any significant new burdens, and well serve the interests of justice.

Wherefore, Plaintiff respectfully moves this Honorable Court to Grant this Opposed Motion for Leave to File Second Amended Complaint and for such other relief as the Court may deem appropriate in these circumstances.[1]

---

[1] Plaintiff attaches as Exhibit A, a copy of the proposed Second Amended Complaint striking through the deleted text and underlining the text to be added. Exhibit B is a clean copy of the Second Amended Complaint.

Dated this 5th day of July, 2019          Respectfully submitted,

*/s/ Thomas B. Kelley*

Thomas B. Kelley
Killmer Lane & Newman, LLP
1543 Champa Street
Suite 400
Denver, Colorado 80202
Telephone: 303.571.1000
tkelley@kln-law.com

Amber R. Gonzales
Armstrong Teasdale LLP
4643 S. Ulster Street
Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
agonzales@armstrongteasdale.com

Steven D. Zansberg
Chad P. Jimenez
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, Colorado 80202
Telephone: 303.292.2400
zansbergs@ballardspahr.com
jimenezp@ballardspahr.com

Timothy P. Fox
Colo. Atty. Reg. No. 25889
Elizabeth B. Jordan
N.Y. Atty. Reg. No. 5516422
La. Bar Roll No. 35186
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
104 Broadway, Suite 400
Denver, Colorado 80203
tfox@creeclaw.org
ejordan@creeclaw.org

*Attorneys for Plaintiff CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2019, a true and correct copy of the foregoing **PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** was transmitted to counsel for Plaintiff using the CM/ECF system which will send notification of such filing to counsel for Defendants as follows:

Mark S. Pestal
Kyle Brenton
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
mark.pestal@usdoj.gov
kyle.brenton@usdoj.gov

*Attorneys for Defendants*

*/s/ Steve Johnson*
Steve Johnson