**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00302-JLK

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO AMEND COMPLAINT (ECF NO. 57)**

---

Pursuant to D.C.COLO.LCivR 6.1(b), Defendants move for an extension of 14 days, to and including August 9, 2019, to respond to Plaintiff's Motion to Amend Complaint, ECF No. 57. Good cause exists for this extension of time, as discussed below.

    1.    Plaintiff filed its motion to amend on Friday, July 5, 2019. ECF No. 57. Under D.C.COLO.LCivR 7.1(d), Defendants' response is currently due on July 26, 2019.

    2.    Defendants request an extension of this deadline because counsel for Defendant United States Immigration and Customs Enforcement, Anne Rose, is out of the office without access to email between July 10 and July 30. Ms. Rose has been deeply involved in all aspects of this case since it was filed, and her absence during the period of time in which Defendants would otherwise be required to prepare their response would materially prejudice Defendants.

3. Plaintiff will not be prejudiced by the requested extension. Per D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the requested extension.

4. Per D.C.COLO.LCivR 6.1(c), a copy of this motion will be provided to the Defendant agencies.

WHEREFORE, Defendants request an extension of 14 days, to and including August 9, 2019, of the time for filing their response to Plaintiff's Motion to Amend Complaint.

Respectfully submitted this 12th day of July 2019

JASON R. DUNN
United States Attorney

s/ *Kyle Brenton*
Mark S. Pestal
Kyle Brenton
Assistant U.S. Attorneys
1801 California, Suite 1600
Denver, Colorado 80202
(303) 454-0100
Mark.Pestal@usdoj.gov
Kyle.Brenton@usdoj.gov

Attorneys for Defendants

**Certificate of Service**

       I hereby certify that on July 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

gonzales@armstrongteasdale.com
jimenezc@ballardspahr.com
ejordan@creeclaw.org
tfox@creeclaw.org
tkelley@kln-law.com

                                                     s/ *Betsy Hernandez-Soto*
                                                     Betsy Hernandez-Soto
                                                     U.S. Attorney's Office