# SURROGATE SHEET

CREEC v U.S. Depts. Of Homeland Security and ICE
Civil Action No. 18-cv-00302-JLK

# EXHIBIT 1

Audio Recording of 12/7/2018
Status Conference

Provided on CD