# EXHIBIT 2

*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536



January 31, 2018

ROBIN UREVICH
MUCK ROCK
411A Highland Ave
DEPT MR 44346
SOMERVILLE, MA 02144-2516

**RE:   ICE FOIA Case Number 2018-ICFO-07321**

Dear Robin UREVICH:

This letter is the final response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated October 06, 2017.  You have requested correspondence between the below listed parties in written or electronic form, consisting of emails, letters, text messages or notes regarding the medical care, treatment, death and death review in the cases of:

Osmar Epifanio Gonzalez Gadba of Nicaragua who died 3-28-17 while detained at the Adelanto Detention Facility in California. His birth date is 4-10-84;

Sergio Alonso Lopez of Mexico who died 4-13-17 while detained at the Adelanto Detention Facility. His birth date is 1-9-62; and

Vicente Cáceres Maradiaga of Honduras who died 5-31-17 while detained at the Adelanto Detention Facility. His date of birth is 10-27-70.

Due to the open status of ongoing criminal investigations, ICE has determined that the information you are requesting is withholdable in its entirety pursuant to Title 5 U.S.C. § 552 (b)(7)(A).  FOIA Exemption 7(A) protects from disclosure records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings.  ICE has determined that the information you are seeking relates to ongoing criminal law enforcement investigations.  Therefore, ICE is withholding all records, documents, and/or other material, which if disclosed prior to completion, could reasonably be expected to interfere with law enforcement proceedings and final agency actions related to those proceedings.  Please be advised that once all pending matters are resolved and FOIA Exemption 7(A) is no longer applicable, there may be other exemptions which could protect certain information from disclosure, such as FOIA Exemptions 6, 7(C), 7(D), 7(E) and/or 7(F).

www.ice.gov

You have a right to appeal the above withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.8, to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street,, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees. In this instance, because the cost is below the $25 minimum, there is no charge.

If you need any further assistance or would like to discuss any aspect of your request, please contact the FOIA office and refer to FOIA case number **2018-ICFO-07321**. You may send an e-mail to ice-foia@ice.dhs.gov, call toll free (866) 633-1182, or you may contact our FOIA Public Liaison, Fernando Pineiro, in the same manner. Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

> Sincerely,
>
> *Meronica D. Stoney*
> *for*
>
> Catrina M. Pavlik-Keenan
> FOIA Officer