# EXHIBIT 3

OFFICIAL USE ONLY                         SENSITIVE                              Page 1 of 3

## DEPARTMENT OF HOMELAND SECURITY
### Immigration and Customs Enforcement

### REPORT OF INVESTIGATION

| 1. CASE NUMBER |
|---|
| (b)(7)(E) |

| PREPARED BY |
|---|
| (b)(6);(b)(7)(C) |

| 2. REPORT NUMBER |
|---|
| (b)(7)(E) |

**3. TITLE**
Caceres Maradiaga, Vicente/Non-Employee/0618 Detainee/Alien - Death (Known Cause-Terminal Illness)/ADELANTO, SAN BERNARDINO, CA

**4. FINAL RESOLUTION**

| 5. STATUS | 6. TYPE OF REPORT | 7. RELATED CASES |
|---|---|---|
| Initial Report | Allegation | |

**8. TOPIC**
ERO: On May 31, 2017, an AFOD reported the death of a detainee. Adelanto, CA.

**9. SYNOPSIS**
On May 31, 2017, the Joint Intake Center (JIC) received information from Immigration and Customs Enforcement (ICE), Assistant Field Office Director (AFOD) (b)(6);(b)(7)(C) of Enforcement and Removal Operations located in Adelanto, CA (ERO/Adelanto) reporting the death of ERO detainee Vicente Caceres Maradiaga (b)(6);(b)(7)(C) at the Adelanto Detention Facility located in Adelanto, CA.

| 10. CASE OFFICER (Print Name & Title) | 11. COMPLETION DATE | 14. ORIGIN OFFICE |
|---|---|---|
| (b)(6);(b)(7)(C) - Joint Intake Specialist | 01-JUN-2017 | Joint Intake Center |
| 12. APPROVED BY(Print Name & Title) | 13. APPROVED DATE | 15. TELEPHONE NUMBER |
| (b)(6);(b)(7)(C) - JIC Supervisor | 01-JUN-2017 | No Phone Number |

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, DEPARTMENT OF HOMELAND SECURITY, TOGETHER WITH A COPY OF THE DOCUMENT.

THIS DOCUMENT CONTAINS INFORMATION REGARDING CURRENT AND ON-GOING ACTIVITIES OF A SENSITIVE NATURE. IT IS FOR THE EXCLUSIVE USE OF OFFICIAL U.S. GOVERNMENT AGENCIES AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY IT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF THE DEPARTMENT OF HOMELAND SECURITY. DISTRIBUTION OF THIS DOCUMENT HAS BEEN LIMITED AND FURTHER DISSEMINATION OR EXTRACTS FROM THE DOCUMENT MAY NOT BE MADE WITHOUT PRIOR WRITTEN AUTHORIZATION OF THE ORIGINATOR.

| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
| --- | --- |
| | (b)(7)(E) |
| | PREPARED BY |
| | (b)(6);(b)(7)(C) |
| REPORT OF INVESTIGATION CONTINUATION | 2. REPORT NUMBER |
| | (b)(7)(E) |

**10. NARRATIVE**

On May 31, 2017, the JIC received information from ICE, AFOD (b)(6);(b)(7)(C) of ERO/Adelanto reporting the death of ERO detainee Vicente Caceres Maradiaga (b)(6);(b)(7)(C) at the Adelanto Detention Facility located in Adelanto, CA.

According to the information received, on May 31, 2017, detainee Caceres Maradiaga collapsed while playing basketball at the Adelanto Detention Facility. The received information indicated that detainee Caceres Maradiaga died while being transported to Victor Valley Global Medical Center in Victorville, CA.

Originating documentation is attached to the case file.

End of report.

OFFICIAL USE ONLY                    SENSITIVE                                        Page 3 of 3

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
| | | (b)(7)(E) |
| | | PREPARED BY |
| | | (b)(6);(b)(7)(C) |
| | REPORT OF INVESTIGATION<br>Exhibit List | 2. REPORT NUMBER |
| | | (b)(6);(b)(7)(C) |

None

OFFICIAL USE ONLY                    SENSITIVE

2018-ICLI-00016   2868

004606