# EXHIBIT 5



Office of Professional Responsibility
U.S. Department of Homeland Security
950 L' Enfant Plaza SW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

MAY 22 2018

MEMORANDUM FOR:   Matthew Albence
                  Executive Associate Director
                  Enforcement and Removal Operations

THROUGH:          Waldemar Rodriguez
                  Associate Director

FROM:             Jennifer M. Fenton
                  Assistant Director

SUBJECT:          Findings – Death of ICE detainee Kamyar SAMIMI
                  (JICMS #(b)(7)(E)    )

The Office of Professional Responsibility, External Reviews and Analysis Unit (ERAU), has completed its investigation into the death of U.S. Immigration and Customs Enforcement (ICE) detainee Kamyar SAMIMI who died on December 2, 2018, while in ICE custody, at the University of Colorado Medical Center (UCMC) in Aurora, Colorado (CO). The Adams & Bakersfield County Coroner's Autopsy Report documented SAMIMI's cause of death as undetermined but listed chronic obstructive pulmonary disease (emphysema) and gastrointestinal bleeding as contributing factors.

On November 17, 2017, ERO arrested SAMIMI at his residence in Denver, CO and served him with a Notice To Appear (NTA) charging him as removable under section 237(a)(2)(b) of the Immigration and Naturalization Act (INA) as an alien convicted of a controlled substance violation. ERO transferred SAMIMI to the Denver Contract Detention Facility (DCDF)[1] in Aurora, CO, that same day.

During his intake screening on November 17, 2017, SAMIMI reported taking between 150-190mg of methadone daily and stated he was experiencing methadone withdrawal symptoms. Given SAMIMI's long-term use of high-dose methadone, nursing staff received orders from DCDF's physician to house the detainee in medical observation, complete laboratory work, take vital signs every eight hours, and give medications as needed for anxiety, restlessness, sleeplessness, nausea, and pain. The physician did not order monitoring of SAMIMI's withdrawal symptoms using any standardized instrument.[2]

---

[1] The facility is also referred to as the Aurora County Processing Center, but "DCDF" is used throughout this memorandum and the Detainee Death Review report for consistency.
[2] The Clinical Opiate Withdrawal Scale (COWS) is a widely-recognized and used instrument for monitoring opiate withdrawal. GEO also has a limited monitoring instrument entitled, "Alcohol/Drug Withdrawal Monitoring Sheet."