# EXHIBIT 6

**From:** Tom Kelley
**Sent:** Tuesday, December 10, 2019 2:04 PM
**To:** Brenton, Kyle (USACO) <Kyle.Brenton@usdoj.gov>
**Cc:** Elizabeth Jordan <ejordan@creeclaw.org>; Tim Fox <tfox@creeclaw.org>
**Subject:** CREEC v. ICE

Hello Kyle.

As promised, I am forwarding a proposed stipulation for wrapping up this matter.  This assumes we will have resolved all issues with respect to the two additional requests on which ICE has agreed to compliance.  I am assuming the ICE's production in response to those requests is now complete.  With that, CREEC wishes to address two issues:

1. CREEC believes ICE has taken undue liberties with Exemption (5) in some of the produced documents.  Many clearly involve non-deliberational material, such as a request for ADA waivers and responses.  In addition, Exemption (5) has been claimed with respect to communications with GEO, a non-governmental entity that is  serving its own interests in its dealing with ICE.  See *Klaimath Water*, 532 U.S. 1 (2001)
2. CREEC also has questions about the completeness of the response to date, in particular as it relates to communications about the opening of the expanded facility at Aurora.  The emails that have been produced are infrequent and do not address the range of issues that could be expected for such an undertaking

Liz Jordan will be submitting a package of redacted documents that present Exemption (5) issues.   I suggest we begin by doing our best to resolve these matters informally.  Having come this far, I think we both would prefer to avoid the summary judgment process.

Finally, I will need a few more days to assemble a complete set of statements of time entries by the four firms that have appeared for CREEC, after my exercise of billing judgement, including reductions of time on task where appropriate and elimination of time that involves unnecessary duplication of effort.  As I have earlier indicated, CREEC is willing to discuss a compromise based on the merits of all issues relevant to FOIA fee awards.

Best,

Tom



Thomas B. Kelley
Of Counsel
**Killmer, Lane & Newman, LLP**
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000 - Phone
(303) 571-1001 - Fax
tkelley@kln-law.com