# EXHIBIT 7

**From:** Brenton, Kyle (USACO) <Kyle.Brenton@usdoj.gov>
**Sent:** Thursday, December 19, 2019 10:13 AM
**To:** Tom Kelley <tkelley@kln-law.com>
**Cc:** Elizabeth Jordan <ejordan@creeclaw.org>; Tim Fox <tfox@creeclaw.org>
**Subject:** RE: CREEC v. ICE

Tom, thanks for this and for your other emails.  I will pass the fee information along and will have a conversation with the agency about it.

I have spoken with the agency regarding the other issues you and Liz raised.  I first want to let you know that the agency determined earlier this month that there was a need to do some additional searches, which has resulted in one additional production (which will be well and truly final this time).  We are working to get it to you before the end of the year.  These documents have to go through submitter notice, which is currently in process.  I am told that these documents consist primarily of communications, so hopefully they will go to the communication issue you raised.

On the (b)(5) issue, I am looking at the documents Liz provided and will give you a substantive response in the near future.  Apologies that that is taking longer than I had initially hoped.

Finally, as to the stipulation, I think the overall shape is good, though we will have edits to the specific language before it is filed.  I think that you folks should have a chance to look at the final production before we move forward on that front, though, so we have a better sense of whether we're going to be able to come to an agreement on the search and exemptions, or whether the court will have to address that issue as to the agency's responses to the items remaining after our agreement.

Thanks, and have a great holiday.

Best,
Kyle

**Kyle Brenton**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0126
Email:   kyle.brenton@usdoj.gov


**From:** Tom Kelley <tkelley@kln-law.com>
**Sent:** Monday, December 16, 2019 1:37 PM
**To:** Brenton, Kyle (USACO) <kbrenton@usa.doj.gov>
**Cc:** Elizabeth Jordan <ejordan@creeclaw.org>; Tim Fox <tfox@creeclaw.org>
**Subject:** CREEC v. ICE

Kyle, attached are invoices reflecting all time entries that will be in issue in the attorney fees/costs motion practice except for $4,878.50 in time entered by Amber Gonzales at her present firm and

subsequent time related to future efforts.  The total is $203,550 in fees and $470 for disbursements.  We await your advice as to whether ICE wishes to discuss a compromise.

Best,

Tom


Thomas B. Kelley
Of Counsel
**Killmer, Lane & Newman, LLP**
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000 - Phone
(303) 571-1001 - Fax
tkelley@kln-law.com