# EXHIBIT 8

**From:** Brenton, Kyle (USACO) <Kyle.Brenton@usdoj.gov>
**Sent:** Wednesday, March 18, 2020 1:50 PM
**To:** Tom Kelley <tkelley@kln-law.com>
**Cc:** Elizabeth Jordan <ejordan@creeclaw.org>
**Subject:** CREEC/ICE - Revised Documents and Extension Request

Tom and Liz-

Good afternoon.  I hope you are both well and healthy.  I write to address two issues.

First, attached are a revised set of responsive documents with fewer redactions than the prior production.  (I believe the agency is sending CREEC these directly as well, but as I'm not sure of the timing on that, I wanted to send them myself).  Although they are not bates numbered, these correspond to the pages that you highlighted, Liz.  The agency was not able to lift all of the highlighted redactions, but there are significantly fewer redactions in the areas you pointed to.  In particular, significant redactions have been lifted on pages:

- 5895-96
- 5909
- 5931-35
- 5943-44
- 5947
- 5949
- 5964-68
- 5991-93
- 6000-03
- 6040
- 6060-62
- 6090-91
- 6093
- 6095
- 6114-16

The remaining withholdings in the highlighted sections fall under FOIA exemptions (b)(4), for commercially confidential information, (b)(5), for deliberative process and attorney/client privilege, and (b)(7)(E), for law enforcement sensitive information (staffing, location, layout of the facility and how detainees are moved around the facility, for example).  It is the agency's view that it has removed all of the withholdings that could be the subject of reasonable dispute, and the remaining redactions fall squarely within the applicable FOIA exemptions.

Please take a look through the remaining redactions and the newly-released information, and let me know whether, in light of this new production, CREEC still wishes to contest the redactions.

Second, I would like to request CREEC's consent to a thirty-day extension of the MSJ deadline, to and including April 29.  The reasons are threefold.  First, the extension would allow you time to review the redactions that have been removed and formulate CREEC's position.  Second, obviously, the situation

with the coronavirus has scrambled everyone's schedules and work situations, and has made everything move more slowly.  Third, Anne Rose at ICE OPLA has had some health issues, and has to have two surgeries this month.  I understand that it is not life-threatening or anything, but she is out of the office this week, and will be gone again March 23 through the beginning of April (or at least this was the schedule before the current public health crisis began – it may have changed).  Her back-up at the agency recently left, and so she currently has no dedicated backup on this case.

Obviously, I don't want to prolong matters longer than necessary, but given the situation the 30-day request is necessary.  Please let me know your position.

Thanks very much, and stay healthy.
Kyle

**Kyle Brenton**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0126
Email:    kyle.brenton@usdoj.gov