# EXHIBIT A

# Ballard Spahr
LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel 303.292.2400
Fax 303.296.3956
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: December 12, 2019
Invoice No.: 20191206540

Civil Rights Education and Enforcement Center ("CREEC")
1245 E. Colfax Avenue, #400
Denver, CO 80218

Client:     Civil Rights Education and Enforcement Center ("CREEC") (074490.00)
Matter:     FOIA Request - Confinement Condition of Immigration Detainees  (00285610)

FOR PROFESSIONAL SERVICES RENDERED through August 2019

## INVOICE SUMMARY

FEES

FOIA Request - Confinement Condition of Immigration Detainees          $109,243.00
(00285610)

DISBURSEMENTS
754030 Probono Other Expenses (Non                            $475.00

Total Disbursements                                                    $475.00

Total Current Charges                                              $109,718.00

**TOTAL AMOUNT DUE**                                               **$109,718.00**

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/19/17 | Kelley,T. | Review materials provided by client in connection with FOIA suit for access to agency records on conditions of confinement of immigration detainees | 2.00 | 1,290.00 |
| 12/20/17 | Kelley,T. | Review Federal FOIA (.9); meet with clients at client offices to discuss possible FOIA litigation (1.0) | 1.90 | 1,225.50 |
| 12/21/17 | Kelley,T. | Exchange e-mail with client re: case preparation and strategy | 0.30 | 193.50 |
| 12/26/17 | Kelley,T. | Research articles and reports on conditions at ICE detention in Etowah | 2.50 | 1,612.50 |
| 12/27/17 | Kelley,T. | Draft FOIA complaint | 3.70 | 2,386.50 |
| 12/28/17 | Kelley,T. | Review and analyze DHS regulations (1.8); revise complaint (2.8); exchange e-mail with client re: status (.4) | 5.00 | 3,225.00 |
| 12/29/17 | Kelley,T. | Additional research re: Adelanto Facility | 1.20 | 774.00 |
| 01/02/18 | Kelley,T. | Exchange e-mail with client re: strategy going forward (.3); review information received from client re: correspondence with ICE re: Adelanto facility (1.0) | 1.30 | 838.50 |
| 01/03/18 | Gonzales,A.R. | Conference with T. Kelley re: complaint and procedural posture; review documents forwarded from client | 0.40 | 120.00 |
| 01/03/18 | Kelley,T. | Revise complaint to include allegations re: Adelanto facility (2.3); meeting with A. Gonzales re: assistance on matter going forward (.4) | 2.70 | 1,741.50 |
| 01/05/18 | Kelley,T. | Forward complaint to A. Gonzales with request for input | 0.30 | 193.50 |
| 01/08/18 | Gonzales,A.R. | Review and revise complaint | 0.90 | 270.00 |
| 01/09/18 | Kelley,T. | Incorporate comments from A. Gonzales, complete draft of complaint, and forward to client | 1.60 | 1,032.00 |
| 01/10/18 | Kelley,T. | Review pleadings in related FOIA cases versus ICE | 1.30 | 838.50 |
| 01/17/18 | Gonzales,A.R. | Conference with T. Fox, E. Jordan, and T. Kelley re: revisions to Complaint, strategy; revise Complaint according to conference notes | 2.10 | 630.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/18 | Kelley,T. | Prepare for meeting and meet with client at client's offices to finalize complaint | 2.50 | 1,612.50 |
| 01/18/18 | Kelley,T. | Exchange e-mail with litigation team re: logistics of filing | 0.60 | 387.00 |
| 01/19/18 | Gonzales,A.R. | Identify Complaint exhibits | 1.00 | 300.00 |
| 01/19/18 | Kelley,T. | Exchange e-mail with litigation team re: logistics of filing | 0.40 | 258.00 |
| 01/22/18 | Kelley,T. | Exchange e-mail with P. Llewellyn (.4); revisions to complaint (1.2) | 1.60 | 1,032.00 |
| 01/23/18 | Gonzales,A.R. | Conference with T. Kelley re: entering appearances for other counsel, service on ICE and DHS; conference with G. DiMezza re: effecting service | 1.40 | 420.00 |
| 01/23/18 | Kelley,T. | Telephone conference with litigation team and P. Llewellyn re: ICE and FOI litigation (.5); final revisions to complaint and conferences with client re: same (1.3) | 1.80 | 1,161.00 |
| 01/24/18 | Gonzales,A.R. | Conference with T. Fox, E. Jordan and T. Kelley re: Complaint; revise Complaint to add client counsel and reflect client comments | 1.40 | 420.00 |
| 01/24/18 | Kelley,T. | Telephone conference with client re decision to delay filing action and follow-up e-mails (.4); directions to A. Gonzales re: revisions to Complaint (.3) | 0.70 | 451.50 |
| 01/25/18 | Kelley,T. | Telephone conference with client and ACLU re: ICE and FOIA procedure in D. Colo. | 0.30 | 193.50 |
| 01/29/18 | Kelley,T. | Review papers in Smith v. ICE and DOJ memorandum on FOIA litigation | 2.50 | 1,612.50 |
| 01/30/18 | Kelley,T. | Exchange e-mail with client re: availability of discovery | 0.70 | 451.50 |
| 01/31/18 | Kelley,T. | Review FOIA manual recommended by ACLU | 2.00 | 1,290.00 |
| 02/01/18 | Gonzales,A.R. | Confer with D. Dethlefs re: pro hac admission; email E. Jordan re: same | 0.50 | 150.00 |
| 02/05/18 | Kelley,T. | Review responses to state level FOIA request; exchange e-mail with client re: filing | 0.80 | 516.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/06/18 | Gonzales,A.R. | Review, proofread complaint; crosscheck citations to exhibits; review civil coversheet; email J. Heider re: press releases | 1.80 | 540.00 |
| 02/06/18 | Kelley,T. | Final review of complaint | 1.00 | 645.00 |
| 02/08/18 | Kelley,T. | ~~Telephone conference with Los Angeles Times reporter and follow-up telephone conference (.9);~~ address service of process questions (1.0) | 1.90 | 1,225.20 |
| 02/09/18 | Gonzales,A.R. | Prepare FOIA summons and arrange for service | 0.60 | 180.00 |
| 02/12/18 | Kelley,T. | Exchange e-mail with client re: further FOI requests | 0.30 | 193.50 |
| 02/15/18 | Kelley,T. | Review ICE status report and exchange e-mail with client re: same | 0.30 | 193.50 |
| 02/21/18 | Gonzales,A.R. | Research and review recent Tenth Circuit case against GEO Group | 0.70 | 210.00 |
| 02/22/18 | Kelley,T. | Exchange e-mail with client re: state FOI response for Adalanto | 0.40 | 258.00 |
| 03/07/18 | Gonzales,A.R. | Revise service on ICE and DHS; confer with T. Kelley and M. Pestal re: same | 1.20 | 360.00 |
| 03/26/18 | Gonzales,A.R. | Conference with T. Kelley re: amending complaint; follow up on status of service | 0.20 | 60.00 |
| 03/27/18 | Kelley,T. | Telephone conference with client re: further FOI requests and amendment to complaint | 0.40 | 258.00 |
| 04/02/18 | Kelley,T. | Review and comment on new set of FOI requests related to disability issues | 1.00 | 645.00 |
| 04/03/18 | Kelley,T. | Review D.C. Cir. opinion forwarded by client re: FOIA access to immigration matters | 0.80 | 516.00 |
| 04/12/18 | Gonzales,A.R. | Review email from U.S. Attorney's Office; email T. Fox, E. Jordan, and T. Kelley re: extension of time to answer | 0.20 | 60.00 |
| 04/13/18 | Gonzales,A.R. | Confer with AUSA re: extension of time to answer; conference with T. Kelley re: same | 0.30 | 90.00 |
| 04/17/18 | Kelley,T. | Exchange e-mail with client re: issues at Aurora facility | 1.00 | 645.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/08/18 | Kelley,T. | Review and analyze answer | 0.80 | 516.00 |
| 05/09/18 | Kelley,T. | Review scheduling conference order and advise client re: same | 1.00 | 645.00 |
| 05/26/18 | Kelley,T. | Review FOI Litigation treatise, pleadings, and begin drafting of scheduling order | 5.30 | 3,418.50 |
| 05/28/18 | Kelley,T. | Exchange e-mail with client and Ballard team re: scheduling conference and amended complaint | 0.60 | 387.00 |
| 05/31/18 | Gonzales,A.R. | Conference with CREEC re: litigation strategy; review declarations in support of new allegations | 2.00 | 600.00 |
| 05/31/18 | Kelley,T. | Review new FOI requests (1.0); meet with client at client's offices to formulate litigation strategy (1.7) | 2.70 | 1,741.50 |
| 06/04/18 | Kelley,T. | Review and analyze new FOI requests for common issues (.9); exchange e-mail with defense team re: preparation work for Rule 26 case management order conference (.7) | 1.60 | 1,032.00 |
| 06/05/18 | Kelley,T. | Draft amended complaint (3.8); draft statement of undisputed facts for scheduling order (1.4) | 5.20 | 3,354.00 |
| 06/06/18 | Kelley,T. | Attend Rule 26(f)(2) conference (1.2); revise First Amended Complaint (2.0) | 3.20 | 2,064.00 |
| 06/07/18 | Kelley,T. | Draft portions of FOIA scheduling order (1.3) | 1.30 | 838.50 |
| 06/11/18 | Kelley,T. | Revise scheduling order (1.8); telephone conference with T. Fox re: status (.3) | 2.10 | 1,354.50 |
| 06/12/18 | Gonzales,A.R. | Revise and edit First Amended Complaint; identify exhibits for same | 1.60 | 480.00 |
| 06/12/18 | Kelley,T. | Complete draft of scheduling order | 0.80 | 516.00 |
| 06/13/18 | Kelley,T. | Final edit to first amended complaint (1.0); exchange e-mail with client re: same and scheduling order (.6) | 1.60 | 1,032.00 |
| 06/14/18 | Kelley,T. | Exchange e-mail with opposing counsel re: scheduling conference (.3); exchange e-mail with team re: follow-up research (.6) | 0.90 | 580.50 |
| 06/18/18 | Kelley,T. | Revise scheduling order as proposed by defendants and first amended complaint | 1.50 | 967.50 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/19/18 | Kelley,T. | Exchange e-mail with opposing counsel re: scheduling conference, amended complaint, and scheduling order | 0.80 | 516.00 |
| 06/20/18 | Kelley,T. | Review and revise Rule 26(a)(1) disclosures | 0.60 | 387.00 |
| 06/21/18 | Kelley,T. | Telephone conference with M. Pestal re: scheduling conference and first amended complaint | 0.60 | 387.00 |
| 06/26/18 | Kelley,T. | Exchange e-mail with opposing counsel re: scheduling order (.3); review order for scheduling conference (.3) | 0.60 | 387.00 |
| 06/27/18 | Kelley,T. | Exchange e-mail with opposing counsel and A. Gonzales re: first amended complaint | 0.60 | 387.00 |
| 06/28/18 | Gonzales,A.R. | Email with M. Pestal and T. Kelley re: first amended complaint and scheduling order; prepare first amended complaint for filing | 0.50 | 150.00 |
| 07/16/18 | Kelley,T. | Review and analyze ACLU cases on DHS production capacity | 1.00 | 645.00 |
| 07/18/18 | Kelley,T. | Review and analyze government's proposal for scheduling order and report to client re: same (.8); exchange e-mail with opposing counsel re: need for end date for production (.2) | 1.00 | 645.00 |
| 07/19/18 | Kelley,T. | Telephone conference with opposing counsel re: governments' request for narrowing of requests and report same to client | 0.70 | 451.50 |
| 07/23/18 | Kelley,T. | Exchange e-mail with M. Pestal concerning ICE request for narrowing of requests | 0.60 | 387.00 |
| 07/25/18 | Kelley,T. | Exchange e-mail with M. Pestal and client re: production schedule | 0.90 | 580.50 |
| 07/26/18 | Kelley,T. | Continue exchange of e-mail with client and M. Pestal re: scheduling order and production schedule | 0.80 | 516.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/27/18 | Kelley,T. | Exchange e-mail with A. Gonzales re: analysis of other courts' rulings on production deadlines and report to client concerning same with recommendations (1.0); telephone conference with M. Pestal and A. Gonzales to finalize scheduling order (.6); follow up telephone conference and exchange e-mail with A. Gonzales re: language in final version of scheduling order (.9) | 2.50 | 1,612.50 |
| 07/30/18 | Gonzales,A.R. | Conference call with CREEC; revise Proposed Scheduling Order per client's direction | 2.20 | 660.00 |
| 07/30/18 | Kelley,T. | Conference call with client to finalize scheduling order and follow up with A. Gonzales re: same | 0.70 | 451.50 |
| 08/06/18 | Kelley,T. | Deliver scheduling order to chambers, inquire concerning invitees to scheduling conference, and report to client re: same | 0.80 | 516.00 |
| 08/07/18 | Kelley,T. | Research re: court's authority to impose production schedule (1.6); assign work re: same to A. Gonzales (.3) | 1.90 | 1,225.50 |
| 08/10/18 | Kelley,T. | Analyze ICE declaration re: capacity and outline response | 1.20 | 774.00 |
| 08/13/18 | Gonzales,A.R. | Research and prepare memo re: "exceptional circumstances" under FOIA and ICE/DHS' use of "backlog" excuse | 5.40 | 1,620.00 |
| 08/13/18 | Kelley,T. | Review pleadings file for scheduling conference (1.5); review and analyze research by A. Gonzales (2.0) | 3.50 | 2,257.50 |
| 08/14/18 | Gonzales,A.R. | Attend conference with client re: upcoming scheduling conference | 1.40 | 420.00 |
| 08/14/18 | Kelley,T. | Meet with client at CREEC offices to prepare for scheduling conference (1.4); review additional cases and prepare argument (1.5) | 2.90 | 1,870.50 |
| 08/15/18 | Gonzales,A.R. | Attend scheduling conference | 1.30 | 390.00 |
| 08/15/18 | Kelley,T. | Attend scheduling conference (.7); follow-up meetings with opposing counsel and clients (.6); exchange e-mail with opposing counsel and clients re: scheduling, fee waivers, and search methods (.8) | 2.10 | 1,354.50 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/16/18 | Kelley,T. | Exchange e-mail with clients re: response to ICE declaration | 0.30 | 193.50 |
| 08/17/18 | Kelley,T. | Draft response to ICE declaration | 1.00 | 645.00 |
| 08/24/18 | Kelley,T. | Revise response to ICE declaration | 2.20 | 1,419.00 |
| 08/27/18 | Kelley,T. | Research Executive Orders and DHS memoranda re: enhanced ICE enforcement and incorporate same into response to ICE declaration | 2.30 | 1,483.50 |
| 08/28/18 | Kelley,T. | Exchange e-mail with client re: draft of response to declaration and meeting to discuss search and review priorities (.4); prepare for that meeting (1.2) | 1.60 | 1,032.00 |
| 08/29/18 | Kelley,T. | Meeting with client on strategy for narrowing and expediting production at client offices (1.1); prepare response to government re: priority and other issues (.8); exchange e-mail with client and M. Pestal re: same (.4) | 2.30 | 1,483.50 |
| 08/30/18 | Kelley,T. | Exchange e-mail with E. Jordan re: fee waivers and attorneys' fees | 0.30 | 193.50 |
| 09/04/18 | Gonzales,A.R. | Review email correspondence with M. Pestal, T. Kelley, and client | 0.30 | 90.00 |
| 09/04/18 | Kelley,T. | Exchange e-mail with opposing counsel and client re: meeting on production schedule (.6); additions to response to ICE declaration (1.2) | 1.80 | 1,161.00 |
| 09/05/18 | Kelley,T. | Exchange e-mail with opposing counsel re: meeting on production schedule | 0.40 | 258.00 |
| 09/06/18 | Kelley,T. | Draft motion for leave to file response (.3); analyze priorities and positions to be taken at second scheduling conference (.9) | 1.20 | 774.00 |
| 09/07/18 | Gonzales,A.R. | Proof and edit response to ICE declaration | 0.90 | 270.00 |
| 09/10/18 | Kelley,T. | Exchange e-mail with M. Pestal and client re: search issues | 0.60 | 387.00 |
| 09/11/18 | Gonzales,A.R. | Revise and edit proposed email to opposing counsel; review and respond to emails between client, T. Kelley, and M. Pestal | 0.80 | 240.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/11/18 | Kelley,T. | Analyze e-mail from M. Pestal and clients' FOIA requests (1.0); conference call with client re: same (.3); draft e-mail to M. Pestal re: same (1.0) | 2.30 | 1,483.50 |
| 09/12/18 | Kelley,T. | Finalize and send e-mail to M. Pestal re: clarification and prioritization of document requests (.7); exchange e-mail with client concerning filings before next status conference (.3); revise response to ICE declaration (.3) | 1.30 | 838.50 |
| 09/13/18 | Kelley,T. | Draft status report for settlement conference | 1.10 | 709.50 |
| 09/14/18 | Gonzales,A.R. | Prepare for and attend meet and confer with opposing counsel | 2.00 | 600.00 |
| 09/14/18 | Kelley,T. | Exchange e-mail with M. Pestal re: specific document descriptions (.3); meeting with client, M. Pestal, A. Rose (telephone) of ICE to discuss production schedule (1.2); revise status report (.6) | 2.10 | 1,354.50 |
| 09/17/18 | Gonzales,A.R. | Prepare and finalize for filing motion for leave to file response to ICE declaration and responding declaration | 1.00 | 300.00 |
| 09/17/18 | Kelley,T. | Exchange e-mail with client and opposing counsel re: issues for continued status conference | 0.60 | 387.00 |
| 09/18/18 | Kelley,T. | Exchange e-mail with opposing counsel re: agreement on production schedule (.3); exchange e-mail with client re: same (.3); draft new scheduling order per court's instructions (1.2) | 1.80 | 1,161.00 |
| 09/19/18 | Kelley,T. | Finalize scheduling order (.8); exchange e-mail with client and M. Pestal re: same (.6) | 1.40 | 903.00 |
| 09/20/18 | Kelley,T. | Negotiate and finalize scheduling order | 2.00 | 1,290.00 |
| 09/21/18 | Gonzales,A.R. | Proof and edit proposed scheduling order | 1.40 | 420.00 |
| 09/24/18 | Kelley,T. | Prepare for continued scheduling conference | 1.10 | 709.50 |
| 09/25/18 | Gonzales,A.R. | Attend scheduling conference | 1.30 | 390.00 |
| 09/25/18 | Kelley,T. | Attend continued scheduling conference | 1.30 | 838.50 |
| 10/08/18 | Kelley,T. | Exchange e-mail with client and opposing counsel re: coordination and status of document production | 0.40 | 258.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/22/18 | Kelley,T. | Exchange e-mail with M. Pestal requesting status report | 0.20 | 129.00 |
| 10/24/18 | Kelley,T. | Review and analyze opinion in GAP v DHS and evaluate request to disclose search terms and location methods | 1.00 | 645.00 |
| 10/25/18 | Kelley,T. | Review Schedules of Records to be produced and determine clarifications needed (1.0); forward clarifications to M. Pestal (.2); review e-mail from M. Pestal submitting records and plan for going forward, and scan documents submitted (1.0); telephone conference with client and A. Gonzales (.5); exchange e-mail with M. Pestal re: CREEC's requests going forward (.5); research cut-off date for temporal scope of search and report to client re: same (1.0) | 4.20 | 2,709.00 |
| 10/26/18 | Kelley,T. | Meet with opposing counsel and attend status conference (1.0); draft correspondence re: process going forward (.6) | 1.60 | 1,032.00 |
| 10/31/18 | Kelley,T. | Conference call with parties and attorneys re: process going forward; follow-up with E. Jordan | 0.50 | 322.50 |
| 12/06/18 | Kelley,T. | Review e-mail, notes of prior conferences, and scheduling order (.5); telephone conference with E. Jordan re: strategy for status conference (.3); prepare outline of points for conference (.6) | 1.40 | 903.00 |
| 12/07/18 | Kelley,T. | Prepare for and attend further status conference (1.2); draft proposed order and forward to client (.9) | 2.10 | 1,354.50 |
| ~~12/10/18~~ | ~~Johnson,S.L.~~ | ~~Download ICE Produced documents (1-1069) and send to E. Jordan~~ | ~~1.60~~ | ~~304.00~~ |
| 12/10/18 | Kelley,T. | Revise proposed order and exchange e-mail with client re: same | 1.00 | 645.00 |
| 12/12/18 | Kelley,T. | Exchange e-mail and telephone conferences with opposing counsel re: proposed order (.7); review recording of status conference (.5); prepare motion to clarify (1.0) | 2.20 | 1,419.00 |
| 12/18/18 | Kelley,T. | Telephone conference with opposing counsel and exchange e-mail with client concerning production schedule | 0.90 | 580.50 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/19/18 | Kelley,T. | Telephone conference with opposing counsel re: production schedule | 0.30 | 193.50 |
| 12/20/18 | Kelley,T. | Review defendants' proposal for production schedule (.6); telephone conference and exchange e-mail with clients and opposing counsel re: same (.9) | 1.50 | 967.50 |
| 12/22/18 | Kelley,T. | Exchange e-mail with opposing counsel re: production schedule | 0.30 | 193.50 |
| 12/26/18 | Kelley,T. | Work on compromise scheduling order | 1.00 | 645.00 |
| 12/27/18 | Kelley,T. | Complete draft proposed stipulation and order re: production schedule | 2.60 | 1,677.00 |
| 12/28/18 | Kelley,T. | Revise stipulation and order | 0.40 | 258.00 |
| ~~02/08/19~~ | ~~DeJarlais,N.~~ | ~~Confer with C. Henning regarding files and upload to Biscom share folder and forward same to her attention.~~ | ~~0.30~~ | ~~72.00~~ |
| ~~02/11/19~~ | ~~DeJarlais,N.~~ | ~~Confer with C. Henning regarding resent CD titled 2018 ICLI 00016 and upload same and email C. Henning Biscom file with uploads to distribute.~~ | ~~0.30~~ | ~~72.00~~ |
| 03/25/19 | Jimenez,C. | Review emails discussing discovery progress | 0.30 | 96.00 |
| 04/04/19 | Jimenez,C. | Review email updates on FOIA requests | 0.20 | 64.00 |
| 04/18/19 | Jimenez,C. | Conference call w/ E. Jordan, T. Kelley, and A. Gonzales to discuss status of document requests | 0.40 | 128.00 |
| ~~04/23/19~~ | ~~DeJarlais,N.~~ | ~~Confer with C. Henning and upload documents received into an electronic folder and provide link to same to forward to attorney.~~ | ~~0.40~~ | ~~96.00~~ |
| 04/25/19 | Jimenez,C. | Review emails discussing ongoing discovery from AUSA | 0.60 | 192.00 |
| 05/01/19 | Jimenez,C. | Review email requesting death review documents | 0.30 | 96.00 |
| ~~05/23/19~~ | ~~DeJarlais,N.~~ | ~~Review correspondence and CD, upload all documents and prepare electronic share file and forward to C. Henning.~~ | ~~0.30~~ | ~~72.00~~ |
| 05/24/19 | Jimenez,C. | Review emails from co-counsel (.3) , draft second amended complaint and motion to amend complaint (1) | 1.30 | 416.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/26/19 | Jimenez,C. | Revise amended complaint to reflect T. Kelley additions in light of most recent communications with opposing counsel | 0.50 | 160.00 |
| 06/03/19 | Jimenez,C. | Review and revise second amended complaint, motion to amend, and order | 1.00 | 320.00 |
| 07/03/19 | Jimenez,C. | Review and revise motion to amend complaint and second amended complaint | 1.90 | 608.00 |
| 07/05/19 | Jimenez,C. | Review, edit, and file motion to amend, second amended complaint, and proposed order | 1.00 | 320.00 |
| ~~07/05/19~~ | ~~Johnson,S.L.~~ | ~~E-file Second Amended Complaint per direction of C. Jimenez.~~ | ~~1.00~~ | ~~200.00~~ |
| 08/09/19 | Jimenez,C. | Review emails discussing reply in support of motion to amend complaint | 0.10 | 32.00 |
| 08/27/19 | Jimenez,C. | Review ICE response to FOIA request | 0.20 | 64.00 |
| ~~11/26/19~~ | ~~Jimenez,C.~~ | ~~Review billing and determine scope of post-billing judgment statement~~ | ~~0.50~~ | ~~160.00~~ |
| | **Total Fees** | | **194.80** | **$109,243.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Kelley,T. | 645.00 | 147.80 | 95,331.00 |
| Gonzales,A.R. | 300.00 | 34.80 | 10,440.00 |
| Jimenez,C. | 320.00 | 8.30 | 2,656.00 |
| DeJarlais,N. | 240.00 | 1.30 | 312.00 |
| Johnson,S.L. | 190.00 | 1.60 | 304.00 |
| Johnson,S.L. | 200.00 | 1.00 | 200.00 |
| **Total Fees** | | **194.80** | **$109,243.00** |

**PROFESSIONAL SERVICES**

## REVISIONS SUMMARY

Reduction of Time Entries by Lawyers:

.9 hrs. @ $645/hr. = $580.50
.5 hrs. @ $320/hr. =   160.00
Total                    $740.50

Reduction of Time Entries by Legal Assistants:

1.3 hrs. @ $240/hr.  =  $312
1.6 hrs. @ $190/hr. =    304
1.0 hr. @ $200/hrs. =    200
Total                    $816

Total Reductions        $1,556.50

Total Fees After Reductions:  **$107,686.50**

**DISBURSEMENT DETAILS**

Date                Description                                              Amount

| Date | Description | Amount |
|------|-------------|--------|
| 02/08/18 | 754030 Probono Other Expenses (Non-Billable) VISA_0318_2727_18 - US COURT-DIST OF CO: Filing Fee | 400.00 |
| 02/15/18 | 754030 Probono Other Expenses (Non-Billable) Hibernia, Inc. - Invoice # 2018737459 - Service of Process of defendants | 75.00 |
| | **Total Disbursements** | **$475.00** |
| | **Total Current Charges (including revisions reductions):** | **$108,161.50** |

# Ballard Spahr
**LLP**

1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel 303.292.2400
Fax 303.296.3956
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 074490.00 | Civil Rights Education and Enforcement Center ("CREEC") |
| Matter: | 00285610 | FOIA Request - Confinement Condition of Immigration Detainees |
| Invoice No.: | 20191206540 | |
| Date: | December 12, 2019 | |

| | |
|---|---|
| Fee Amount | $109,243.00 |
| Disbursement Amount | $475.00 |
| Total Current Charges | $109,718.00 |
| **TOTAL AMOUNT DUE** | **$109,718.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**