# EXHIBIT B

# KILLMER, LANE & NEWMAN, LLP    ATTORNEYS AT LAW

1543 CHAMPA ST. • SUITE 400 • THE ODD FELLOWS HALL • DENVER, CO 80202
303.571.1000 • FAX: 303.571.1001 • www.kln-law.com

Darold W. Killmer
David A. Lane**[+]
Mari Newman*
Michael Fairhurst
Thomas B. Kelley°
Andy McNulty^
Liana Gerstle Orshan
Reid Allison[+]
Helen S. Oh

May 13, 2020

**Civil Rights Education and Enforcement Center**

**1245 E. Colfax Ave.**

**Denver, CO 80218**

**RE: CREEC v. ICE/TBK Time 2019-2020 @$645.00/hr.**

1/4/19. 2.3 hrs.: Meeting with client representatives at client offices to discuss draft of proposed stipulation regarding search and production process going forward (1.3); revise stipulation and forward to opposing counsel (1.1).

1/7/19. .9 hr. Exchange e-mails with opposing counsel regarding CREEC's agreement to limited continuance of deadline for compliance with court order and opposition to further delay.

1/9/19. .3 hr. Exchange email with opposing counsel regarding extension.

1/17/19. .7 hr. Exchange emails with opposing counsel regarding CREEC's objection to further delay.

1/18/19. 2.5 hrs. Review orders in other cases rejecting government shutdown as grounds for delay.

1/31/19. 1.0 hr. Review ICE's counterproposal and exchange emails with client regarding same.

2/4/19. 1.2 hrs. Review and analyze written comments by opposing counsel on /CREEC's stipulation draft and telephone conference with opposing cousin regarding same.

2/5/19. 2.7 hrs: Telephone conference with client regarding ICE stipulation proposal (.5); prepare substantial revisions to ICE draft per directions from client (1.9); exchange emails with client regarding same (.3).

2/6/19. 1.2 hrs.: Forward revised draft of stipulation to opposing counsel with explanations (.3); review and analyze opposing counsel's written comments and questions (.6); email to client regarding same (.3).

2/7/29. 2.1 hrs.: Telephone conference with opposing counsel regarding stipulation and exchange emails with all counsel regarding same (1.1); review of new document production from ICE (1.0).

---

* Also admitted to practice in California
[+] Also admitted to practice in New York
^ Also admitted in Missouri
° Of Counsel

2/8/19. .5 hrs.: Exchange emails with opposing counsel and client regarding problems with new ICE production.

2/11/19. 1.0 hr: Review new production by ICE.

2/12/19. 1.1 hrs.: Review file and prepare for telephone conference with client and legal team (.5); conference call regarding strategy for scheduling conference (1.1).

2/15/19. 1.2 hrs: Attend Court status conference and confer with opposing counsel and client post conference.

3/22/19. 1.0 hrs.: Telephone conference call with all counsel, client, and A. Rose of ICE regarding status of production and follow up with client.

3/25/19. .5 hr.: Review email from A. Rose regarding investigations in progress and exchange emails with client regarding same (.5).

4/3/19. 1.8 hrs.: Review research from A. Gonzales and draft rejoinder to A. Rose and M. Pestal regarding investigations in progress (1.2); exchange emails with client regarding same (.6).

4/10/19. .8 hr.: Review ACLU Complaint vs. ICE regarding Samimi Death Review at Aurora detention facility.

4/18/19. .9 hr.: Review and take notes on recording of most recent Status Conference (.6); email to E. Jordan regarding same (.3).

4/17/19. 1.1 hrs.: Telephone conference with client legal team regarding preparation for status conference, second amended complaint, and demand to ICE re potential sanctions (.5); draft e-mail to M. Pestal (.6).

4/19/19. 3.6 hrs.: Exchange emails with client regarding draft email to M. Pestal posing questions concerning ICE's position of and revise email per client direction (1.1); draft second amended complaint and motion for leave to file same. (2.5).

4/22/19. 3.5 hrs.: Revise amended pleading and motion and forward to legal team with request for input.

4/23/19. 2.0 hrs.: Review new response and production from ICE (1.2); exchange emails with client and legal team regarding same (.8).

4/24/19. 1.1 hrs.: Review and analyze 4/24 report from M. Pestal regarding ICE's position in response to questions and exchange emails with client regarding same.

4/25/19. 3.2 hrs.: Review and analyze further revision of position by Mr. Pestal on behalf of ICE (.3); prepare for status conference (2.9).

4/26/19. .5 hr.: Telephone conferences and emails with client and legal team concerning rescheduling of status conference and strategy going forward.

4/29/19. .7hrs: Exchange emails with legal team regarding rescheduling of scheduling conference and remedies for ICE litigation misconduct.

4/30/19. 2.8 hrs.: Draft demand letter to M. Pestal regarding sanctions for litigation misconduct (1.8); exchange emails with legal team regarding same (1.0)

5/1/19. 2.1 hrs.: Revise sanctions demand letter per input from legal team (1.8); forward same to counsel for ACLU for comment (.3).

5/3/19. .6 hrs.: Review comments from ACLU regarding motion for sanctions and exchange email with legal team regarding same.

5/16/19. .6 hr.: Telephone conference with legal team regarding receipt of Samimi Death Review by PBS reporter and motion for sanctions.

5/20/19. 1.8 hrs.: Draft motion for sanctions.

5/21/19. 5.3 hrs.: Telephone conference with E. Jordan and counsel for ACLU regarding motion for sanctions (.8); review and comment on draft declaration for Dr. Parveen (.7); complete draft of motion for sanctions and circulate same to legal team (3.8).

5/22/19. 1.6 hrs.: Review and incorporate case law and client comments into motion for sanctions.

5/23/19. 2.4 hours.: Final edit to motion for sanctions (2.0); exchange emails with client concerning new ICE production (.4).

5/28/19. .3 hr.: Exchange emails with client and legal team regarding the passing of Judge Matsch.

6/4/19. .8 hr.: Revise motion to file second amended complaint.

6/10/19. .3 hr.: Incorporate E. Jordan's comments into motion to amend.

6/14/19. 1.2 hrs.: Review ICE response to motion for sanctions and forward to client with request for input.

6/19/19. .4hr.: Exchange emails with Mark Pestal regarding motion to amend.

6/20/19. 4.5 hrs.: Exchange emails with client concerning input needed for reply in support of motion for sanctions (1.5); begin drafting Reply (3.0).

6/21/19. 2.2 hrs.: Continue information gathering for and drafting of reply in support of motion for sanctions (1.8); review governments position on motion to amend and exchange emails with client regarding same (.4).

6/26/19. .8 hrs.: Review document analysis from K. Oblisk.

6/28/19. 3.0 hrs.: Continue drafting reply brief in support of motion for sanctions.

7/1/19. 4.8 hrs.: Finish reply brief for motion for sanctions (3.8); revise motion to amend complaint (1.0).

7/2/19. 2.8 hrs.: Forward draft of reply brief to client with explanation and requesting comments (.3); revise reply brief per client comments (2.5).

8/9/19. .8 hrs.: Review and analyze ICE response to motion to amend and exchange e-mails with E. Jordan regarding same.

8/12/19. .4 hrs.: Exchange emails with opposing counsel regarding possible resolution.

8/20/19. 2.4 hrs.: Draft reply brief in support of motion to amend complaint.

8/22/19. .4 hr.: Telephone conference with E. Jordan regarding meeting with K. Brendan.

8/23/19. 1.8 hrs.: Revise reply brief in support of motion to amend.

8/26/19. 1.0 hr.: Meet with K. Brendan and E. Jordan regarding possible resolution.

8/28/19. 2.0 hrs.: Complete reply brief for motion to amend and prepare proposed e-mail to K. Brendan regarding resolution for review by E. Jordan.

9/10/19. 1.5 hrs.: Telephone conference with Kyle Brendan regarding details of possible resolution (.3); email exchange with E. Jordan regarding same (.5); email to K. Brendan answering requests for clarification (.7).

9/13/19. .6 hr.: Exchange emails with client and opposing counsel regarding stipulation.

10/21/19. .5hr.: Review status report from opposing counsel and exchange emails with client regarding same.

10/22/19. .3 hr.: Response to opposing counsel regarding status report, conclusion of matter, and attorney fees.

11/4/19. .6 hr.: Exchange emails with opposing counsel and client regarding production and attorney fees.

11/13/19. .3 hr.: Exchange emails with E. Jordan regarding current production, claim of exemption 5, and attorney fees.

11/27/19. .3 hr. Exchange emails with K. Brenton re: conclusion of matter.

12/06/19. .6 hr. Telephone conference with E. Jordan re: strategy going forward.

12/09/19. 1.0 hr. Revise stipulation for resolution of matter and draft proposed email to K. Brenton demanding reconsideration of claim of (b)(5) exemption for communications with GEO for client review.

12/10/19. .8 hr.: Telephone conference with client re: stipulation and proposed demand to ICE (.5); exchanges email with K. Brenton re: same (.3).

12/19/19. .3 hr. Exchange email with K. Brenton re stipulation and (b)((5)exemption claims.

1/7/20. .3 hr. Review transmission form K. Brenton re final production and exchange email with client re: same.

1/14/20. 1.2 hrs. Meet at client offices to review final production and discuss in camera review and resolution of case.

1/15/20. .7 hrs. Review Court order for status report; draft revised stipulation and forward to client for approval; email to AUSA re: stipulation.

1/20/20. 1.0 hrs.  Review /client comments and revise stipulation; forward stipulation to Kyle Brenton with follow-up demand re: (b)(5) exemptions.

1/21/20. .8 hr.  Review AUSA questions re: CREEC's reconsideration demand and forward proposed answers to client.

1/22/20. .5hrs.  Incorporate client comments into proposed answers to ICE's questions and forward to K. Brenton.

1/24/20. .4 hr.  Forward to K. Brenton schedule of pages with (b)(5) issues; exchange email with K. Brenton re: same and stipulation.

1/27/20. .5 hr. Review ICE markup of stipulation and forward to client with comments.

1/28/20. 1.1 hrs.:  Exchange email with client and opposing counsel re: further issues with stipulation and draft redlined revision.

1/29/20. .3hr.  Further exchanges of email with opposing counsel re: stipulation.

2/3/20. .3hr.  Exchange email with opposing counsel re: exemption dispute.

2/10/20. .6 hr.  Draft engagement letter to expert witness M. McCarthy.

2/12/20. .3 hr.  Exchange email with client and M. McCarthy re engagement.

2/20/20. .1 hr.  Exchanges email with opposing counsel re: approaching deadline.

2/24/20. .6 hr.  Exchange email with opposing counsel and client re notice to Court of inability to reach agreement on documents.

3/17/20. .9 hr.  Review exemption cases and disputed records to prepare for client meeting.

3/18/20. 2.4 hrs.:  Review and analyze new document production and revised claims of exemption (2.0); exchange email with E. Jordan re: same (.4).

3/19/20. 2.4 hrs.:  Prepare written analysis of new production and recommendations for client review and consideration (2.1); telephone conference with E. Jordan re: same (.3).

3/20/20. 1.3 hrs.  Exchange emails with E. Jordan re: counter proposal to Ice and draft proposal.

3/21/20. 5.6 hrs.:  Review case law on recovery of attorney fees in FOIA litigation (2.8); begin drafting motion for fee recovery (2.5); revise counter proposal and forward to client for comment (.3).

3/23/20. 3.6 hrs.:  Continue drafting motion for attorney fees (3.3); exchange emails with M. McCarthy re: schedule (.3).

3/24/20. 4.0 hrs.:  Exchange emails with client regarding proposal to ICE (.5); continue drafting motion for attorney fees (3.5).

3/25/20. .3 hrs.  Revise and send proposal to K. Brenton.

3/36/20. 4.7 hrs.:  Review and analyze ICE's response to proposal and exchange email with client re: same (1.1); complete draft of motion for attorney fees (3.6).

3/27/20. 1.0 hrs.:  Telephone conference with E. Jordan re: ICE's response to proposal (.4); draft email to K. Brenton clarifying proposal (.4); exchange emails with Mr. Brenton re extension for ICE motion for summary judgment (.2).

4/3/20. 2.7 hrs.:  Exchange email with client and M. McCarthy re: potential conflict (.5); edit motion for attorney fees and forward to client (1.0); draft Kelley declaration re fees (1.2).

4/6/20. .3hr.  Prepare memo to intern re: research on "fees on fees."

4/14/20. 3.5 hrs.  Draft portion of fee declaration addressing time on tasks.

4/17/20. 1.1 hrs.:  Exchange email with client and opposing counsel resulting in final settlement of substantive issues.

4/22/20. .8 hr.  Draft settlement stipulation.

4/23/20. 3.1 hrs.:  Revise settlement stipulation and forward same to client (.8); finish Kelley Declaration re: attorney fees (2.3).

4/29/20. .3 hr.  Exchange emails with M. McCarthy re: documents for his review and schedule for preparation of expert report.

**Total hours: 135.0**     @$645.00/hr                    **TOTAL DUE:     $87,075.00**