# EXHIBIT C

10/25/2019



**9188.856**
**Legal Assistance/CREEC**
**Time from Inception to 10/25/2019**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 3/21/2019 | Gonzales, Amber R. | 0.5 | $ 150.00 | Confer with client re documents recently produced by ICE, outstanding documents not yet received |
| 3/22/2019 | Gonzales, Amber R. | 1.7 | $ 510.00 | Confer with client, opposing counsel re additional search terms, current document page count; review email from ICE re "ongoing investigations"; review and respond to emails from client and co-counsel re research on FOIA exemptions. |
| 4/1/2019 | Gonzales, Amber R. | 1.0 | $ 300.00 | Research government requirements to affirmatively claim FOIA exemption for every withheld document. |
| 4/2/2019 | Gonzales, Amber R. | 3.4 | $ 1,020.00 | Research government's obligations to explicitly claim FOIA exemption for withheld documents |
| 4/3/2019 | Gonzales, Amber R. | 0.1 | $ 30.00 | Review and respond to emails from client re emails from ICE regarding withheld documents |
| 4/17/2019 | Gonzales, Amber R. | 0.7 | $ 210.00 | Confer telephonically with client and co-counsel regarding upcoming status conference, documents received from ICE, and oustanding FOIA requests |
| 5/2/2019 | Quereau, Rachael D. | 0.8 | $ 156.00 | Civil Rights v. Homeland: open the case calendar; review the court's docket; download certain orders and review for upcoming case deadlines; |
| 5/16/2019 | Gonzales, Amber R. | 0.5 | $ 150.00 | Client call |
| 5/22/2019 | Terrell, Shelley M. | 1.1 | $ 214.50 | Cite Check and review Motion for Sanctions (1.0); email re same (0.1). |
| 5/24/2019 | Quereau, Rachael D. | 0.4 | $ 78.00 | Open the case calendar; review the PACER docket and the Motion for Sanctions, and calcuate upcoming deadlines; |
| 5/16/2019 | Gonzales, Amber R. | 0.6 | $ 180.00 | Conference call with litigation team and client re litigation strategy, upcoming motion for sanctions |
| 5/21/2019 | Gonzales, Amber R. | 0.9 | $ 270.00 | Legal research re court's inherent power to sanction |
| 5/22/2019 | Gonzales, Amber R. | 1.1 | $ 330.00 | Revise, edit, and prepare for filing motion for sanctions |
| 7/9/2019 | Quereau, Rachael D. | 0.5 | $ 97.50 | Review the [058] Reply to [054] Response to [051] Motion for Sanctions and Order to Produce Documents by Plaintiff Civil Rights Education and Enforcement Center, and [057] Plainitff's Opposed Motion for Leave to File Second Amended Complaint; calculate case deadlines regarding same and update the docket and calendar reminders; |
| 7/15/2019 | Quereau, Rachael D. | 0.4 | $ 78.00 | Review docket pleadings 59 - 62, and update the case calendar regarding the court's order; |
| 8/22/2019 | Terrell, Shelley M. | 0.1 | $ 19.50 | Review pleadings. |
| 8/26/2019 | Gonzales, Amber R. | 4.9 | $ 1,470.00 | Confer with opposing counsel re priority of requested documents; draft amended complaint |
| | **Fees Total:** | **18.7** | **$ 5,263.50** | |