# EXHIBIT 1

## Civil Rights Education and Enforcement Center
## Invoice:  Detention center FOIA litigation

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 12/14/2017 | Draft declaration and compile exhibits for possible FOIA litigation | C. Hall | $175.00 | 1.2 | $210.00 |
| 12/15/2017 | Download and save email exchanges with ICE re FOIAs; Draft Declaration of attempts to communicate with ICE re FOIAs | C. Hall | $175.00 | 2.5 | $437.50 |
| 12/19/2017 | Edit Declaration on ICE FOIA contacts | C. Hall | $175.00 | 0.5 | $87.50 |
| 12/20/2017 | Meeting with potential cooperating counsel | T. Fox | $540.00 | 0.7 | $378.00 |
| 12/20/2017 | Look up information for Pro Bono Legal Services application | C. Hall | $175.00 | 0.3 | $52.50 |
| 12/20/2017 | Prepare for and meet with Tom Kelley, including complete review of materials prepared by paralegal C. Hall | E. Jordan | $355.00 | 3.7 | $1,313.50 |
| 12/21/2017 | Edit declaration re Etowah | E. Jordan | $355.00 | 2 | $710.00 |
| 12/21/2017 | Break up declaration on FOIA actions into Etowah and Adelanto Declarations; eompile exhibits for both declarations | C. Hall | $175.00 | 0.5 | $87.50 |
| 1/2/2018 | Edit and circulate dec re Adelanto | E. Jordan | $355.00 | 1.5 | $532.50 |
| 1/9/2018 | Share Dropbox folder with exhibits with counsel | C. Hall | $175.00 | 0.1 | $17.50 |
| 1/16/2018 | Review FOIA complaint draft | E. Jordan | $355.00 | 1.4 | $497.00 |
| 1/17/2018 | Edit draft complaint (.7); participate in meeting with co-counsel to go over draft complaint (.8) | T. Fox | $540.00 | 1.5 | $810.00 |
| 1/17/2018 | Meeting with pro bono counsel | E. Jordan | $355.00 | 0.8 | $284.00 |
| 1/17/2018 | Call ICE FOIA number; add call to declarations | C. Hall | $175.00 | 0.2 | $35.00 |
| 1/17/2018 | Edits to complaint draft | E. Jordan | $355.00 | 0.8 | $284.00 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 1/22/2018 | Review changes to complaint (.4) | T. Fox | $540.00 | 0.4 | $216.00 |
| 1/22/2018 | Call with amber gonzales | E. Jordan | $355.00 | 0.2 | $71.00 |
| 1/22/2018 | Review draft 2 of complaint | E. Jordan | $355.00 | 0.2 | $71.00 |
| 1/23/2018 | Call with counsel and Public Citizen counsel re complaint | E. Jordan | $355.00 | 0.6 | $213.00 |
| 1/23/2018 | Participate in conference call with co-counsel and with an expert on FOIA litigation to discuss strategy | T. Fox | $540.00 | 0.5 | $270.00 |
| 1/24/2018 | Call with Tim re delay | E. Jordan | $355.00 | 0.2 | $71.00 |
| 1/24/2018 | Telephone call with E. Jordan concerning press release and timing of filing of complaint (.2); participate in conference call with co-counsel about same (.2) | T. Fox | $540.00 | 0.4 | $216.00 |
| 1/24/2018 | Call with Tom and Amber re status of filing | E. Jordan | $355.00 | 0.2 | $71.00 |
| 1/25/2018 | Participate in phone call with ACLU attorney and team to discuss her experience in dealing with ICE and FOIA litigation (.3) | T. Fox | $540.00 | 0.3 | $162.00 |
| 1/25/2018 | Call with Tom Kelley and Amber Gonzales and ACLU CO | E. Jordan | $355.00 | 0.3 | $106.50 |
| 2/6/2018 | Review draft complaint | T. Fox | $540.00 | 0.5 | $270.00 |
| 2/16/2018 | Resubmission letter for FOIA request seeking missing tracking number | E. Jordan | $355.00 | 0.6 | $213.00 |
| 3/27/2018 | Prepare for call with FOIA counsel to discuss amending the complaint, and sending additional FOIA requests (.2); participate in that call (.4) | T. Fox | $540.00 | 0.6 | $324.00 |
| 3/27/2018 | Call with counsel | E. Jordan | $355.00 | 0.4 | $142.00 |
| 4/2/2018 | Review and edit new FOIA requests | E. Jordan | $355.00 | 0.5 | $177.50 |
| 4/3/2018 | Finalize and submit FOIAs | E. Jordan | $355.00 | 0.3 | $106.50 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---:|---|---|---:|---:|---:|
| 4/18/2018 | Research regarding ICE request for clarification | E. Jordan | $355.00 | 0.6 | $213.00 |
| 4/24/2018 | Respond to ICE clarification request via email, clarifying FOIA request re: information related to detainees with disabilities and accommodations; policies and procedures applicable nationally; documents from ICE/ERO Field Offices | E. Jordan | $355.00 | 1 | $355.00 |
| 5/8/2018 | Review answer to complaint | T. Fox | $540.00 | 0.4 | $216.00 |
| 5/29/2018 | Draft four declarations for most recent FOIA submissions, prepare exhibits for declarations | C. Hall | $175.00 | 2.1 | $367.50 |
| 5/31/2018 | Prepare for meeting with attorneys to discuss upcoming meet and confer as well as additional next steps and amending the complaint (.3); participate in that meeting (.8) | T. Fox | $540.00 | 1.1 | $594.00 |
| 6/6/2018 | Attend Rule 26(f) conference at Ballard offices | E. Jordan | $355.00 | 3.1 | $1,100.50 |
| 6/13/2018 | Review and comment on draft scheduling order | T. Fox | $540.00 | 0.3 | $162.00 |
| 7/20/2018 | Review FOIA requests to identify those we can delete | T. Fox | $540.00 | 0.5 | $270.00 |
| 7/24/2018 | Review FOIA orders in related matters | E. Jordan | $355.00 | 0.5 | $177.50 |
| 7/30/2018 | Review draft scheduling order (.2); participate in telephone call with attorneys to discuss same (.3) | T. Fox | $540.00 | 0.5 | $270.00 |
| 8/1/2018 | Review changes to proposed scheduling order made by defendants (.2) | T. Fox | $540.00 | 0.2 | $108.00 |
| 8/14/2018 | Meeting with counsel | E. Jordan | $355.00 | 0.6 | $213.00 |
| 8/14/2018 | Participate in meeting with counsel to prepare for scheduling conference | T. Fox | $540.00 | 0.7 | $378.00 |
| 8/29/2018 | Prioritization of items requested by ICE - prep (.8), meeting with Tim and Tom (.9), meet with Tim (.3) | E. Jordan | $355.00 | 2 | $710.00 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 8/29/2018 | Prepare for, and participate in, meeting with Elizabeth Jordan and Tom Kelley to prioritize FOIA requests (.9); meet with Elizabeth Jordan to go over same (.3) | T. Fox | $540.00 | 1.2 | $648.00 |
| 8/29/2018 | Meeting with counsel | E. Jordan | $355.00 | 0.6 | $213.00 |
| 9/11/2018 | Participate in team call to discuss response to most recent email from AUSA | T. Fox | $540.00 | 0.3 | $162.00 |
| 9/14/2018 | Attend meeting with co-counsel and opposing counsel regarding production schedule and prioritization at Ballard offices | E. Jordan | $355.00 | 2.5 | $887.50 |
| 9/17/2018 | Research re ICE budget | E. Jordan | $355.00 | 0.6 | $213.00 |
| 9/18/2018 | Scheduling order drafting and review | E. Jordan | $355.00 | 2 | $710.00 |
| 9/19/2018 | Finding documents from other cases | M. Diop | $175.00 | 0.8 | $140.00 |
| 9/24/2018 | Prep for status confernce | E. Jordan | $355.00 | 2 | $710.00 |
| 9/25/2018 | Prep for and attend FOIA status conference | E. Jordan | $355.00 | 1.4 | $497.00 |
| 10/25/2018 | Call with Tom and Amber | E. Jordan | $355.00 | 0.5 | $177.50 |
| 10/25/2018 | Review produced documents | E. Jordan | $355.00 | 1 | $355.00 |
| 10/26/2018 | Prep for court | E. Jordan | $355.00 | 1 | $355.00 |
| 10/26/2018 | Status conference and conferring with opp counsel | E. Jordan | $355.00 | 0.8 | $284.00 |
| 10/31/2018 | Call with ICE and follow up with counsel | E. Jordan | $355.00 | 0.5 | $177.50 |
| 12/6/2018 | Phone conference with Tom regarding strategy at status conference | E. Jordan | $355.00 | 0.5 | $177.50 |
| 12/7/2018 | Status conference and prep | E. Jordan | $355.00 | 3 | $1,065.00 |
| 12/19/2018 | Review 12/17 production | E. Jordan | $355.00 | 1 | $355.00 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 12/19/2018 | Call with Towards Justice re Aurora requests | E. Jordan | $355.00 | 0.5 | $177.50 |
| 12/20/2018 | Telephone call with Tom Kelley concerning joint status report | T. Fox | $540.00 | 0.2 | $108.00 |
| 1/4/2019 | Prep for meeting with Tom | E. Jordan | $355.00 | 0.2 | $71.00 |
| 1/4/2019 | Meet with Liz Jordan to discuss next steps in FOIA litigation (.2); review draft status statement (.3); meet with Tom Kelly and Liz Jordan to go over draft status statement (.6) | T. Fox | $540.00 | 1.1 | $594.00 |
| 1/4/2019 | Meeting with Tom and follow up | E. Jordan | $355.00 | 0.6 | $213.00 |
| 1/18/2019 | Making catalog of documents we've received in response to requests | M. Diop | $175.00 | 0.7 | $122.50 |
| 1/25/2019 | Call with Arash Jahanian of ACLU re FOIAs about Aurora | E. Jordan | $355.00 | 0.3 | $106.50 |
| 1/30/2019 | Review previous production | E. Jordan | $355.00 | 1.4 | $497.00 |
| 2/5/2019 | Call with Tom re production order | E. Jordan | $355.00 | 0.5 | $177.50 |
| 2/5/2019 | Review drafts of production order | E. Jordan | $355.00 | 1.2 | $426.00 |
| 2/7/2019 | Batestamp third production documents and save to folder (0.1); review files and create index of contents (0.6) | A. Diaz | $175.00 | 0.7 | $122.50 |
| 2/15/2019 | Hearing prep, status conference, and travel | E. Jordan | $355.00 | 3.4 | $1,207.00 |
| 2/19/2019 | Look for field office reports and logs on segregation | A. Diaz | $175.00 | 0.6 | $105.00 |
| 2/20/2019 | review index of produced documents | E. Jordan | $355.00 | 0.8 | $284.00 |
| 2/20/2019 | Discussion of additional FOIAs | E. Jordan | $355.00 | 0.4 | $142.00 |
| 2/21/2019 | Drafting FOIA letter about Aurora annex, DDR docs, and DMC | M. Diop | $175.00 | 0.8 | $140.00 |
| 2/26/2019 | Finalize FOIA request | E. Jordan | $355.00 | 1.2 | $426.00 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 3/21/2019 | Conference call with Tom and Amber to prepare for call with ICE | E. Jordan | $355.00 | 0.5 | $177.50 |
| 3/22/2019 | Call with ICE | E. Jordan | $355.00 | 0.5 | $177.50 |
| 4/17/2019 | Review previous status conference audio | E. Jordan | $355.00 | 0.5 | $177.50 |
| 4/18/2019 | Call with Tom and follow up | E. Jordan | $355.00 | 0.5 | $177.50 |
| 4/18/2019 | Preparation of new requests and amended complaint evidence | E. Jordan | $355.00 | 1.4 | $497.00 |
| 5/16/2019 | Team call with Tom and Amber | E. Jordan | $355.00 | 0.6 | $213.00 |
| 5/16/2019 | Review production in other cases for comparison | E. Jordan | $355.00 | 2.2 | $781.00 |
| 5/17/2019 | Call with expert witness Parveen Parmar, M.D., M.P.H. re Samimi death and need for review of Aurora facility medical care delivery in support of sanctions motion declaration | E. Jordan | $355.00 | 0.4 | $142.00 |
| 5/20/2019 | Review and analyze Samimi DDR and follow-up | E. Jordan | $355.00 | 4.6 | $1,633.00 |
| 5/21/2019 | Next steps call with Tom and ACLU | E. Jordan | $355.00 | 0.8 | $284.00 |
| 5/21/2019 | Review DDRs received in response to FOIA request and documents related to DDRs (0.6); email same to E. Jordan (0.1) | A. Diaz | $175.00 | 0.6 | $105.00 |
| 5/22/2019 | Review drafts of Second Amended Complaint and Motion for Sanctions | E. Jordan | $355.00 | 2 | $710.00 |
| 6/19/2019 | Create table summarizing productions received in response to FOIA requests (2.2); review prioritized list of detainees to identify which individuals have disabilities (0.2) | A. Diaz | $175.00 | 2.4 | $420.00 |
| 7/2/2019 | Review and edit sanctions motion | E. Jordan | $355.00 | 0.7 | $248.50 |
| 8/2/2019 | Review july production | E. Jordan | $355.00 | 0.5 | $177.50 |
| 8/21/2019 | Review June production and complete review of July production | E. Jordan | $355.00 | 0.8 | $284.00 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 8/22/2019 | Team call re settlement | E. Jordan | $355.00 | 0.4 | $142.00 |
| 8/23/2019 | FOIA meeting with Arash Jahanian of ACLU-CO | E. Jordan | $355.00 | 0.4 | $142.00 |
| 8/26/2019 | Meeting with AUSA re settlement | E. Jordan | $355.00 | 1 | $355.00 |
| 8/28/2019 | Review draft reply in support of motion to amend | E. Jordan | $355.00 | 0.5 | $177.50 |
| 8/28/2019 | Call with Center for Constitutional Rights for settlement research | E. Jordan | $355.00 | 0.5 | $177.50 |
| 9/10/2019 | Review of negotiation terms | E. Jordan | $355.00 | 0.3 | $106.50 |
| 11/11/2019 | Sorting through FOIA production | M. Diop | $175.00 | 1.2 | $210.00 |
| 11/11/2019 | Call with Steven Johnson (Ballard Spahr paralegal) to help with FOIA production download | M. Diop | $175.00 | 0.3 | $52.50 |
| 11/11/2019 | Review FOIA production | E. Jordan | $355.00 | 1.3 | $461.50 |
| 11/12/2019 | Research re b5 exemption claimed by ICE | E. Jordan | $355.00 | 0.5 | $177.50 |
| 11/12/2019 | Sorting through FOIA production | M. Diop | $175.00 | 0.9 | $157.50 |
| 11/27/2019 | Finalize bill and review fees research | E. Jordan | $355.00 | 1.2 | $426.00 |
| 12/9/2019 | Review most recent production | E. Jordan | $355.00 | 1.2 | $426.00 |
| 12/10/2019 | Draft Notice of Address Change Pleading | Y. Eswaran | $175.00 | 0.2 | $35.00 |
| 12/11/2019 | Finalize draft of address change pleading and file | Y. Eswaran | $175.00 | 0.3 | $52.50 |
| 1/10/2020 | Going through fnal FOIA production | M. Diop | $175.00 | 2.4 | $420.00 |
| 1/14/2020 | Meeting with Tom re case resolution | E. Jordan | $355.00 | 0.4 | $142.00 |
| 1/22/2020 | Review produced emails for in camera request | E. Jordan | $355.00 | 2.5 | $887.50 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 1/27/2020 | Review Defendants' proposed stipulation | E. Jordan | $355.00 | 0.2 | $71.00 |
| 2/6/2020 | Call with Tim re documents,highlighting redaction objections | E. Jordan | $355.00 | 0.9 | $319.50 |
| 3/6/2020 | FOIA monthly call presenting updates in case | E. Jordan | $355.00 | 1 | $355.00 |
| 3/12/2020 | Prep G-28 form for LJ | Y. Eswaran | $175.00 | 1.2 | $210.00 |
| 3/18/2020 | Review produced documents | E. Jordan | $355.00 | 0.8 | $284.00 |
| 3/19/2020 | call with Tom Kelley re next steps | E. Jordan | $355.00 | 0.3 | $106.50 |
| 3/20/2020 | Call with Tim re settlement of merits issues | E. Jordan | $355.00 | 0.2 | $71.00 |
| 3/25/2020 | Review correspondence re compromise on remaining merits issues | E. Jordan | $355.00 | 0.6 | $213.00 |
| 3/25/2020 | Researching and putting together documents | M. Diop | $175.00 | 0.9 | $157.50 |
| 3/27/2020 | Review offer from government and confer with Tom | E. Jordan | $355.00 | 0.6 | $213.00 |
| 4/3/2020 | Review and edit draft motion for fees | T. Fox | $540.00 | 0.6 | $324.00 |
| 4/3/2020 | monthly call - shared updates | E. Jordan | $355.00 | 1 | $355.00 |
| 4/3/2020 | Review and edit Tom's fee motion draft and review ICE pages re ADA waiver issue. | E. Jordan | $355.00 | 1.2 | $426.00 |
| 4/17/2020 | Review select pages for compromise offer, determine whether to accept offer, review and approve Tom Kelley draft correspondence with ICE to accept | E. Jordan | $355.00 | 0.3 | $106.50 |
| 4/26/2020 | Review proposed stip and order | E. Jordan | $355.00 | 0.3 | $106.50 |
| 5/2/2020 | Review and approve correspondence with ICE | E. Jordan | $355.00 | 0.2 | $71.00 |
| 5/5/2020 | Review re-produced documents for acceptability for approving stipulation | E. Jordan | $355.00 | 0.2 | $71.00 |

| Date worked | Description | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|---|
| 5/27/2020 | Edit time entries as recommended by expert | A. Diaz | $175.00 | 0.3 | $52.50 |
| 5/27/2020 | Find previous versions of declarations and send to E. Jordan | A. Diaz | $175.00 | 0.1 | $17.50 |
| 5/27/2020 | Assist E. Jordan with finding support for declaration | A. Diaz | $175.00 | 0.1 | $17.50 |
| 5/27/2020 | FOIA dec drafting | E. Jordan | $355.00 | 3.1 | $1,100.50 |
| 5/28/2020 | Review and edit declaration in support of motion for attorneys' fees | T. Fox | $540.00 | 0.9 | $486.00 |
| 5/28/2020 | Edit time invoices as recommended by expert | A. Diaz | $175.00 | 0.6 | $105.00 |
| | | | Total: | | $41,611.00 |