**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00302-JLK

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

---

**JOINT STATUS REPORT REGARDING PAYMENT OF AWARD OF ATTORNEY FEES AND COSTS AND DISMISSAL**

---

Pursuant to the court's Order Awarding Attorney Fees, ECF No. 88, the parties provide the following joint status report regarding payment of the award of attorney fees and costs entered by the court and dismissal of the action.

1. The court has ordered the parties to "file a joint statement or other document on or before September 17, 2021, regarding how the Plaintiff's claims in this case are to be resolved (e.g., dismissal) so that the case may be closed." ECF No. 88 at 20.

2. Defendants have begun the administrative process necessary to pay to Plaintiff the award of attorney fees and costs ordered by the court. However, given the involvement of multiple program offices in paying the award, fully processing and making the payment to Plaintiff will take some time.

3. The parties respectfully request that the court set a further deadline for November 1, 2021 (45 days from the date of this filing). On or before that date, the parties will file either a

stipulation of dismissal in the event the payment has been made, or a further update to the court regarding the status and estimated timeframe of the payment and dismissal.

Respectfully submitted this 17th day of September, 2021

*/s/ Thomas Kelley*
Thomas B. Kelley
Killmer Lane & Newman, LLP
1543 Champa Street
Suite 400
Denver, CO 80202
Tel: (303) 571-1000
Email: tkelley@kln-law.com

Attorney for Plaintiff

*/s/ Kyle Brenton*
Kyle Brenton
Assistant United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tel: (303) 454-0100
Email: kyle.brenton@usdoj.gov

Attorney for Defendants

**Certificate of Service**

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

gonzales@armstrongteasdale.com
jimenezc@ballardspahr.com
ejordan@creeclaw.org
tfox@creeclaw.org
tkelley@kln-law.com

s/ *Kyle Brenton*